AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court for the District of Columbia

Manuel M. Ellenbogen
546 White Oak Rd
Blue Bell, PA 19422
V.

The Canadian Embassy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1553-JDB

TO: (Name and address of Defendant)

The Canadian Embassy
501 Pennsylvania Ave., N.W
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Manuel M. Ellenbogen (Pro se)
546 White Oak Road
Blue Bell, PA 19422

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 2, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Antonette T. Ellenbogen | SELF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US mail- ~~certified~~ EXPRESS mail return receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 11 | $15.40 | 15.40 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   AUGUST 2, 2005     Antonette Ellenbogen
             Date                *Signature of Server*

                        546 White Oak Rd
                        Blue Bell, PA 19422

                        *Address of Server*

                        1215-846-4517

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AUG 0 8 2005

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**MANUEL M. ELLENBOGEN**

CASE
05-1553-JDB

v.


**THE CANADIAN EMBASSY**


**AFFADAVIT OF SERVICE**

I, Antoinette T. Ellenbogen, hereby declare that on the 2 nd of AUGUST, 2005
EXPRESS
2005, I mailed a copy of the summons and complaint, ~~certified~~ mail return receipt

requested, to the Canadian Embassy.  Attached hereto is the green card acknowledging

service.

| Sender: Complete this section | Complete this section upon Delivery: | |
|---|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | | |
| 1. Article Number<br>EW 037 405 471 US | A. Received by (Printed name)<br>FRANK BRANKETT | B. Date of Delivery<br>8-3-0 |
| 2. Article Addressed to<br>CANADIAN EMBASSY<br>501 PA. AVE. N.W.<br>WASHINGTON, D.C. 20004 | C. Signature<br><br>☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from Item 2?<br>If YES, enter delivery address below ☐ Yes<br>☒No | |
| 3. Service Type<br>EXPRESS MAIL | | |
| 4. Restricted Delivery? (Extra fee) | | |
| PS Form **3811V**, March  2005  (PSN: 7530-07-000-0300) | Domestic Return Receipt | |

ogen

RECEIVED

AUG 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT