UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517

        Plaintiff,                               Civil Action No. 05-1553 (JOB)

v.

The Canadian Embassy
501 Pennsylvania Avenue N.W.
Washington D.C. 20001

        Defendant.

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Manuel M. Ellenbogen, Plaintiff, in the above-styled case, and moves for Summary Judgment against Defendant and for the relief and damages requested or for such relief as this Honorable Court shall see fit to grant.

For reasons, therefore, Plaintiff declares that he filed his complaint in proper form against The Canadian Embassy. Plaintiff properly served The Canadian Embassy on August 3, 2005. Plaintiff has a copy of a Postal Office "Certificate of Mailing" showing the mailing date of service and the Affidavit of Service for 05-1553 (JOB), copies of which have been attached.

More than the allotted twenty days allowed for a response from The Canadian Embassy has passed and no Answer has been made.

**RECEIVED**

AUG 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, Plaintiff takes the charges, as admitted, and asks for a default Summary Judgment and such relief as this Court may grant.

Very Respectfully Submitted,

Manuel M. Ellenbogen
Plaintiff

CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen will mail a copy of this motion to The Canadian Embassy, 501 Pennsylvania Avenue, N.W. Washington DC 20001.
The mailing will be done today, August 29, 2005.

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
215-646-4517

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP + 4® in this box.

ANTOINETTE ELLENBOGEN
546 WHITE OAK Rd.
BLUE BELL, PA- 19422-1547

**Sender: Complete this section**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number
   EW 037 405 471 US

2. Article Addressed to
   CANADIAN EMBASSY
   501 PA. AVE. N.W.
   WASHINGTON, D.C. 20001

3. Service Type
   EXPRESS MAIL

4. Restricted Delivery? (Extra fee)

A. Received by (Printed name): CRAIG BRANKETT
B. Date of Delivery: 8-3-5
C. Signature
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 2? ☐ Yes
   If YES, enter delivery address below ☒ No

5844V. March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court for the District of Columbia

Manuel M. Ellenbogen
546 White Oak Rd
Blue Bell, PA. 19422

v.

The Canadian Embassy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 1553 JDB

TO: (Name and address of Defendant)

The Canadian Embassy
501 Pennsylvania Ave., N.W
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Manuel M. Ellenbogen (Pro Se)
546 White Oak Road
Blue Bell, PA 19422

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 2, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Antoinette T. Eisenbogen | Self |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US mail - ~~certified~~ Express mail return receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| /s | $15.40 | 15.40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 2, 2005     *Antoinette Eisenbogen*
            Date                    Signature of Server

546 White Oak Rd
Blue Bell, PA 19422
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN                    05 1553 JDB

v.

THE CANADIAN EMBASSY

### AFFADAVIT OF SERVICE

I, Antoinette T. Ellenbogen, hereby declare that on the 2nd of AUGUST, 2005 EXPRESS 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Canadian Embassy. Attached hereto is the green card acknowledging service.

| Sender: Complete this section | Complete this section upon Delivery: | |
|---|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | | |
| 1. Article Number<br>EW 037 405 471 US | A. Received by (Printed name)<br>FRANK BRANKETT | B. Date of Delivery<br>8-3-5 |
| 2. Article Addressed to<br>CANADIAN EMBASSY<br>501 PA. AVE. N.W.<br>WASHINGTON, D.C. 20001 | C. Signature | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 2?<br>If YES, enter delivery address below. ☐ Yes ☒ No | |
| 3. Service Type<br>EXPRESS MAIL | | |
| 4. Restricted Delivery? (Extra fee) | | |
| PS Form 3811V, March 2005 (PSN: 7530-07-000-0300) | Domestic Return Receipt | |