UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517

       Plaintiff,            Civil Action No. 05-1553 (JOB)

v.

The Canadian Embassy
501 Pennsylvania Avenue N.W.
Washington D.C. 20001

       Defendant.

ORDER

It is appearing to the Court from the Motion for Summary Judgment and from the evidence presented and the Court Record that Defendant has failed to answer the Plaintiff. Judgment in the amount of $ 350,264.00 is awarded Plaintiff.

                                                        JOHN D. BATES
                                                        United States District Court Judge