# Exhibit A



**United States Department of State**

*Washington, D.C.  20520*

September 2, 2005

Nancy Mayer-Whittington
Clerk of Court
Clerk's Office
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Ellenbogen v. The Canadian Embassy,
          <u>No. 1:05 CV 01553 (JDB)</u>

Dear Ms. Mayer-Whittington,

The Embassy of Canada has advised this Office that the summons in the above-captioned case was not served in accordance with the applicable service of process provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1608. We are also informed that, under Canadian law, the Embassy is considered part of the Government of Canada and has no separate status.  We are therefore returning the summons and complaint to your office.

Sincerely,

David P. Stewart
Assistant Legal Adviser
for Diplomatic Law and Litigation
Office of the Legal Adviser

Enclosed:
Canadian Diplomatic Note 0185
Summons and Complaint for Case # 1:05CV01553



Canadian Embassy                Ambassade du Canada

No. 0185

The Embassy of Canada presents its compliments to the Department of State and has the honour to refer to the attached summons issued by the District Court of the United States for the District of Columbia in the case of Manuel M. Ellenbogen v the Embassy of Canada case No. 1:05CV01553 dated August 2, 2005.

The Embassy notes that the summons has not been served in accordance with the Foreign Sovereign Immunities Act of the United States. The Embassy notes that the summons provides that an answer to this complaint must be made within 20 days while the Act provides that "in any action brought in a court of the United States or of a State, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after a service has been made under this section".

The Embassy requests the Department of State to return the summons to the court informing it of the improper service.

The Embassy of Canada avails itself of this opportunity to renew to the State Department the assurances of its highest consideration.

Washington, DC
August 8, 2005

