# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN

05 1553 JDB

v.

THE CANADIAN EMBASSY

AFFADAVIT OF SERVICE

I, Antoinette T. Ellenbogen, hereby declare that on the 2nd of AUGUST, 2005 EXPRESS 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Canadian Embassy. Attached hereto is the green card acknowledging service.

| | |
|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | |
| 1. Article Number<br>EW 037 405 471 US | A. Received by (Printed name): FRANK BRANKETT  B. Date of Delivery: 8-3-0 |
| 2. Article Addressed to:<br>CANADIAN EMBASSY<br>501 PA. AVE. N.W.<br>WASHINGTON, D.C. 20004 | C. Signature<br>☐ Agent ☐ Addressee<br>D. Is delivery address different from item 2?<br>If YES, enter delivery address below ☐ Yes ☒ No |
| 3. Service Type<br>EXPRESS MAIL | |
| 4. Restricted Delivery? (Extra fee) | |

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Number**
EW 037 405 471 US

**2. Article Addressed to**
CANADIAN EMBASSY
501 PA. AVE. N.W.
WASHINGTON, D.C. 20001

**3. Service Type**
EXPRESS MAIL

**4. Restricted Delivery?** (Extra fee)

**A. Received by (Printed name):** FRANK BANKETT
**B. Date of Delivery:** 8-3-5
**C. Signature**
☐ Agent
☐ Addressee

**D. Is delivery address different from Item 2?**
If YES, enter delivery address below   ☐ Yes   ☒ No

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt





Sender: Please print your name, address, and ZIP + 4® in this box.

ANTOINETTE ELLENBOGEN
546 WHITE OAK RD.
BLUE BELL, PA. 19422-1547

19422+1547    |ldlldlulldldddmlldldhmlldldh|



U.S. POSTAGE
$3.13
FCM
19422
Date of sale
08/29/05
02  1P00
02314373



CERTIFIED MAIL

7091 2410 3740 0000 3278

Canadian Embassy
501 Pennsylvania Avenue N.W.
Washington, DC 20001



Manuel/Antoinette Ellenbogen
548 White Oak Road
Blue Bell, PA 19422-1547
U.S.A.