IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01553 (JDB) |
| ) | |
| THE CANADIAN EMBASSY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2005, hereby ORDERED that this action is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2).

_____
The Honorable John D. Bates
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANUEL M. ELLENBOGEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:05CV01553 (JDB) |
| | ) |
| THE CANADIAN EMBASSY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2005, hereby ORDERED that this action is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4) and 12(b)(5).

                                                                        _____
                                                                        The Honorable John D. Bates
                                                                        United States District Judge