IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CANADIAN EMBASSY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:05CV01553 (JDB) |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert G. Ames, Bar No. 234393, of Venable LLP, 575 7th Street, NW, Washington, D.C. 20004, as lead co-counsel for Defendant Canada

Respectfully submitted,

    /s/
Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2005, I caused a copy of the foregoing Notice of Appearance to be served via first-class mail, postage prepaid, upon the following:

>Manuel M. Ellenbogen
>546 White Oak Road
>Blue Bell, PA 19422

_____
Lesley A. Pate