# Exhibit B

ENLARGED COPY

Interview
1/23/86

RECEIVED

OCT 24 2005

CONFIDENTIAL (when completed) – PERSONNEL INFORMATION
*CONFIDENTIEL (une fois rempli)* – *RENSEIGNEMENTS SUR LE PERSONNEL*

Date of report/*Date du rapport*
JUNE 29, 1990
Period covered/*Période de l'évaluation*
July 1/89 – July 31/90

## LOCALLY-ENGAGED OFFICER APPRAISAL REPORT
### RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE

OCCASION FOR REPORT/*MOTIF DU RAPPORT:*     ANNUAL ☒ *ANNUEL*     CHANGE OF SUPERVISION ☐ *CHANGEMENT DE SURVEILLANCE*

### PART/PARTIE 1:    BASIC DATA/DONNÉES DE BASE

| Officer's full name/*Nom complet de l'agent* | Date of appointment to Canadian Govt. *Date d'entrée au Gouvernement du Cana* |
|---|---|
| Manuel Matthew Ellenbogen | January 29, 1986 |

| Position No./*N° du poste* | Level of position/*Niveau du poste* | Officer present level/*Niveau actuel de l'agent* | Date appointed to present level/ *Date de nomination au présent niveau* |
|---|---|---|---|
| EXT 2060 X | GS 12 | Step 2 | March 1987 |

| SUPERVISOR/*SURVEILLANT* | REVIEWING OFFICER (if appropriate)/*AGENT DE REVISION (si approprié)* (i.e. Head of Post, Div. etc) (i.e. Chef de Mission, Direction, etc |
|---|---|
| Name/*Nom* Brian Oak | Name/*Nom* R. W. Craig |
| Level and title/*Niveau et titre* Counsellor (Commercial) FS 2 | Level and title/*Niveau et titre* Minister Counsellor EX2 |
| Length of time as employee's supervisor/*Surveillant de l'employé depuis* July '87 – July '90  36 months | Length of time as employee's reviewing officer/*Agent de révision de l'employ depuis* July '87 – July '90  36 months |

### PART/PARTIE 2:    DESCRIPTION OF RESPONSIBILITIES     *DESCRIPTION DES RESPONSABILITÉS*
(To be completed by supervisor)     *(A être rempli par le surveillant)*

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.
*Donnez une brève description des principales responsabilités ou exigences du poste de l'agent en indiquant le pourcentage de temps consacré à chacune.*

As one of ~~two~~ 3 LES Commercial Officers employed in the Embassy's TID unit, Mr. Ellenbogen has major responsibility for developing export markets and promoting Canadian products and services (non-defence, non-US Federal Govt. procurement) in the following sectors: automotive, marine & aerospace; power and energy development; wood industries, mining, oil & gas, chemicals, medical products, other industrial goods; communications, electronics, instrumentation and other high-tech products; construction equipment & services. His territorial responsibility is the mid-Atlantic state region (E. Pennsylvania, Delaware, Maryland, D.C., and Virginia).

Duties specifically include
- providing direct support to Canadian exporters seeking access to territorial markets                                          50%
- recommending, implementing and evaluating promotional programs to develop export opportunities for Canadian manufacturers                                                       35%
- analyzing regional distribution patterns and commercial trends with a view to increasing market share for Canadian products                                                            10%
- establishing and maintaining effective support systems to facilitate program objectives                                         5%

EXT 122

**PART/PARTIE 3:** PERFORMANCE REVIEW/*APPRÉCIATION DU RENDEMENT*

**A** Assessment of knowledge, abilities and effectiveness/*Évaluation des connaissances, des aptitudes et du rendement.*

Evaluate the officer with respect of the following by inserting a check mark (✓) in the appropriate column.

*Évaluer l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.*

The "Not applicable" column should be used in instances where the factors listed below are not relevant to the job the officer is performing.

*La colonne "ne s'applique pas" ne doit être cochée que si les connaissances et les aptitudes énumérées ne correspondent pas au travail exécuté par l'agent.*

| | | Not Applicable / Ne s'applique pas | Unsatisfactory / Non satisfaisant | Satisfactory / Satisfaisant | Fully satisfactory / Très satisfaisant | Superior / Supérieur | Outstanding/Remarkable / Remarquable |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE / *CONNAISSANCES* | Post practices, procedures and standards relevant to employee's duties. / *Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé.* | | | | | X | |
| ANALYSING / *APTITUDE À ANALYSER* | Assessing information, problems or situations in relation to his duties or to special projects. / *Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux.* | | | | | X | |
| PLANNING / *APTITUDE À PLANIFIER* | Own work or the work of others, deciding on priorities. / *Son propre travail ou le travail des autres, sachant déterminer les priorités.* | | | | | X | |
| ORGANIZING / *APTITUDE À ORGANISER* | Implementing instructions and schedules in order to meet objectives and deadlines. / *En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances.* | | | | | X | |
| CONTROLLING / *APTITUDE À CONTRÔLER* | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. / *En assurant l'application des calendriers et des méthodes approuvés et le respect des objectifs et des échéances.* | | | | | X | |
| COMMUNICATING / *APTITUDE À COMMUNIQUER* | Orally/*De vive voix* | | | | | X | |
| | In writing/*Par écrit* | | | | X | | |
| SUPERVISING / *APTITUDE À SURVEILLER* | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. / *En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes.* | | | | X | | |
| EFFECTIVENESS / *RENDEMENT* | — Adaptability/*Adaptabilité* | | | | | X | |
| | — Co-operation/*Collaboration* | | | | | | X |
| | — Dependability/*Fiabilité* | | | | | | X |
| | — Initiative/*Initiative* | | | | X | | |
| | — Interpersonal relations/*Relations interpersonnelles* | | | | | X | |
| | — Judgment/*Jugement* | | | | | X | |
| | — Mental alertness/*Vivacité d'esprit* | | | | | X | |
| | — Performance under pressure/*Rendement sous tension* | | | | | X | |
| | — Professional and social relations/*Relations professionnelles et sociales* | | | | | X | |
| | — Tactfulness/*Tact* | | | | | X | |
| | — Quality of work/*Qualité du travail* | | | | | X | |
| | — Quantity of work/*Quantité du travail* | | | | | X | |

**B** **NARRATIVE ASSESSMENT/EVALUATION NARRATIVE**

Evaluate the officer's performance throughout the period covered in this report based on the results achieved in relation to established goals and objectives. Comments are to be restricted to those factors which directly influenced the officer's meeting, exceeding or failing to meet the results expected of him and should be related to these results. Factors which may be relevant include: variation between level of position and level of officer, punctuality, maturity, general attitude and other personal qualities.

*Evaluez le rendement de l'agent tout au long de la période dont le présent rapport fait l'objet en vous fondant sur les résultats obtenus par rapport au but et aux objectifs fixés. Les observations doivent se limiter aux facteurs qui ont influé directement sur le fait que l'agent a atteint ou dépassé, ou n'a pas atteint les résultats attendus de lui et être formulées en fonction de ces mêmes résultats. Parmi les facteurs pertinents considérer notamment: l'écart entre le niveau du poste et le niveau de l'agent, la ponctualité, la maturité, l'attitude de l'agent en général et ses autres qualités.*

Mr. Ellenbogen continued to perform in a <u>superior</u> fashion throughout the rating period. The year was marked by a number of major and minor promotional events, all of which demanded detailed organizational work on his part. The national stand at Ag Progress Days (agricultural equipment, State College PA, Aug. 89) was perhaps Mr. Ellenbogen's most ambitious undertaking, involving the recruitment of some 13 Canadian exhibitors and a myriad of logistical arrangements, all of which were successfully executed in a deliberately controlled fashion. The many complimentary remarks received from our companies and the actual "business influenced" return were directly attributable to Mr. Ellenbogen's skills. Similarly, his efforts to ensure that the Baltimore Computer Conferece, the Instrument Society of American show, COMNET '90, APEX '90, and PAINTCON '90 all proceeded without a hitch was a function of his ability to meet deadlines, problem solve, and grasp procedural detail.

Mr. Ellenbogen unhesitatingly took on duties assigned to him by his supervisor, many of which required lengthy periods away from Post territory and his family. Such manditory Ottawa-driven events as Marketplace '89 (2 wks), a printing sector program (1 wk) and Investtech '90 (2 wks) demanded a high level of representational skill, mental alertness and, of course, a solid product sector knowledge base during numerous prearranged meetings with Canadian businesspeople. Management also tasked him with the job of securing for the TID office a new trade show information booth which he complied with through a methodical process of vendor solicitation and selection. (Our new stand meets all the requirements originally stipulated.) These examples underscore Mr. Ellenbogen's total dependability and cooperative attitude in seeing that the interests of the Section are met in full.

Nothing has changed from past assessments with regard to his tactfulness and judgment, both of which are above reproach. (When in doubt, Mr. Ellenbogen always seeks advice from his supervisor on how to proceed.) All of the above qualities add up to his status in this office as a valued employee.

**PART/PARTIE 4:** TRAINING AND DEVELOPMENT/*FORMATION ET PERFECTIONNEMENT*

**A** RECENT EDUCATION AND TRAINING (including language training)
(To be completed by officer being rated)

*RÉCENTES ÉTUDES ET FORMATIONS (y compris la formation linguistique)*
*(Devra être rempli par l'agent noté)*

Indicate any courses attended and qualifications acquired during past year.

*Indiquez tous cours suivis et compétences acquises au cours de l'année écoulée.*

| Course/*Cours* | Duration/*Durée* | Institution / *Maison d'enseignement* | Certification/*Diplôme* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

COMMENTS (if any explanation necessary)/*COMMENTAIRES (si nécessaire)*

**B    DEVELOPMENT PLAN (to be completed by supervisor)**

Indicate training recommended to enhance officer's development and/or performance in his present job.

**PROGRAMME DE PERFECTIONNEMENT (à être rempli par le surveillant)**

*Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et/ou le rendement de l'agent dans ses fonctions actuelle*

---

**PART/PARTIE 5: CERTIFICATION AND COMMENTS/ATTESTATIONS ET OBSERVATIONS**

The foregoing is an objective appraisal of this officer for the period under review./*Ce qui précède est une appréciation objective de l'agent en question pour la période à l'étude.*

06/29/90
Date

Supervisor's signature/*Signature du surveillant*

Reviewing officer's comments/*Observations de l'agent de révision*

July 12/90
Date

Reviewing officer's signature/*Signature de l'agent de révision*

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so./*J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.*

Date

Signature of officer rated/*Signature de l'agent noté*

Comments attached
*Observations fournies en annexe*

Yes / Oui    No / Non

CONFIDENTIAL (when completed)   – PERSONNEL INFORMATION
CONFIDENTIEL (une fois rempli)   – RENSEIGNEMENTS SUR LE PERSONNEL

Date of report/*Date du rapport*
September 26, 1991

Period covered/*Période de l'évaluation*
Sept. 1 '90 – Sept. 1 '

## LOCALLY-ENGAGED OFFICER APPRAISAL REPORT
### RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE

OCCASION FOR REPORT/*MOTIF DU RAPPORT:*    ANNUAL ☒
*ANNUEL*

CHANGE OF SUPERVISION ☐
*CHANGEMENT DE SURVEILLANCE*

---

**PART/*PARTIE* 1:**    BASIC DATA/*DONNÉES DE BASE*

Officer's full name/*Nom complet de l'agent*

Emmanuel Ellenbogen

Date of appointment to Canadian Govt.
*Date d'entrée au Gouvernement du Canad.*

| Position No./*N° du poste* | Level of position/*Niveau du poste* | Officer present level/*Niveau actuel de l'agent* | Date appointed to present level/ *Date de nomination au présent niveau* |
|---|---|---|---|
| 2060X | 12 | 12 | |

| SUPERVISOR/*SURVEILLANT* | REVIEWING OFFICER (if appropriate)/*AGENT DE REVISION (si approprié)* |
|---|---|
| | (i.e. Head of Post, Div. etc)     *(I.e. Chef de Mission, Direction, etc.)* |

| Name/*Nom* | Name/*Nom* |
|---|---|
| Peter Drabble | David Ryan |
| Level and title/*Niveau et titre* | Level and title/*Niveau et titre* |
| FS-2 First Secretary (Commercial) | EX-2 Minister Counsellor |
| Length of time as employee's supervisor/*Surveillant de l'employé depuis* | Length of time as employee's reviewing officer/*Agent de révision de l'employé depuis* |
| One Year | One Year |

**PART/*PARTIE* 2:**    DESCRIPTION OF RESPONSIBILITIES    DESCRIPTION DES RESPONSABILITÉS
(To be completed by supervisor)    *(A être rempli par le surveillant)*

Provide a brief description of the officer's major responsabilities or requirements of the job including the percentage of time spent on each.
*Donnez une brève description des principales responsabilités ou exigences du poste de l'agent en indiquant le pourcentage de temps consacré à chacune.*

Mr Ellenbogen is responsible for trade development and promotion for the following industry sectors:

    Electronics and telecommunications
    Medical equipment and devices
    Agricultural equipment
    Industrial products
    Building materials

Major duties and responsibilities include:

- providing direct support to Canadian exporters seeking access to the mid-Atlantic regional market, researching and advising on specific trade and market opportunities, advising Canadian government and industry reps on market trends, and contacting and qualifying potential buyers for Canadian products,

- identifies, evaluates, recommends, and implements promotional programs to capitalize on export opportunities for Canadian manufactureers, keeping up to date on market information and trends in the post territory,

- developing sound knowledge of Canadian products and export capability and recommending or undertaking market studies in the interest, of Canadian suppliers.

EXT 122

## ART/PARTIE 3:  PERFORMANCE REVIEW/APPRÉCIATION DU RENDEMENT

Assessment of knowledge, abilities and effectiveness/Évaluation des connaissances, des aptitudes et du rendement.

'aluate the officer with respect of the following by inserting a check mark (✓) in the appropriate column.

valuer l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.

ie "Not applicable" column should be used in instances where the factors listed below are not relevant to the job
: officer is performing.

i colonne "ne s'applique pas" ne doit être cochée que si les connaissances et les aptitudes énumérées ne
rrespondent pas au travail exécuté par l'agent.

| | | Ne s'applique pas / Not applicable | Unsatisfactory / Non satisfaisant | Satisfactory / Satisfaisant | Fully satisfactory / Très satisfaisant | Superior / Supérieur | Outstanding / Remarquable |
|---|---|---|---|---|---|---|---|
| OWLEDGE ONNAISSANCES | Post practices, procedures and standards relevant to employee's duties. *Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé.* | | | | | ✓ | |
| IALYSING PTITUDE À ANALYSER | Assessing information, problems or situations in relation to his duties or to special projects. *Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux.* | | | | | ✓ | |
| ANNING PTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. *Son propre travail ou le travail des autres, sachant déterminer les priorités.* | | | | | ✓ | |
| RGANIZING PTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. *En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances.* | | | | | | ✓ |
| ONTROLLING PTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. *En assurant l'application des calendriers et des méthodes approuvés et le respect des objectifs et des échéances.* | | | | | ✓ | |
| OMMUNICATING PTITUDE À COMMUNIQUER | Orally/*De vive voix* | | | | | ✓ | |
| | In writing/*Par écrit* | | | | ✓ | | |
| PERVISING PTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. *En repartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes.* | | | | | ✓ | |
| FFECTIVENESS ENDEMENT | — Adaptability/*Adaptabilité* | | | | | ✓ | |
| | — Co-operation/*Collaboration* | | | | | ✓ | |
| | — Dependability/*Fiabilité* | | | | | | ✓ |
| | — Initiative/*Initiative* | | | | | ✓ | |
| | — Interpersonal relations/*Relations interpersonnelles* | | | | | ✓ | |
| | — Judgment/*Jugement* | | | | | ✓ | |
| | — Mental alertness/*Vivacité d'esprit* | | | | | ✓ | |
| | — Performance under pressure/*Rendement sous tension* | | | | | ✓ | |
| | — Professional and social relations/*Relations professionnelles et sociales* | | | | | ✓ | |
| | — Tactfulness/*Tact* | | | | | ✓ | |
| | — Quality of work/*Qualité du travail* | | | | | ✓ | |
| | — Quantity of work/*Quantité du travail* | | | | | ✓ | |

**B.** NARRATIVE ASSESSMENT/ÉVALUATION NARRATIVE

Evaluate the officer's performance throughout the period covered in this report based on the results achieved in relation to established goals and objectives. Comments are to be restricted to those factors which directly influenced the officer's meeting, exceeding or failing to meet the results expected of him and should be related to these results. Factors which may be relevant include: variation between level of position and level of officer, punctuality, maturity, general attitude and other personal qualities.

*Evaluez le rendement de l'agent tout au long de la période dont le présent rapport fait l'objet en vous fondant sur les résultats obtenus par rapport au but et aux objectifs fixés. Les observations doivent se limiter aux facteurs qui ont influé directement sur le fait que l'agent a atteint ou dépassé, ou n'a pas atteint les résultats attendus de lui et être formulées en fonction de ces mêmes résultats. Parmi les facteurs pertinents considérer notamment: l'écart entre le niveau du poste et le niveau de l'agent, la ponctualité, la maturité, l'attitude de l'agent en général et ses autres qualités.*

Mr. Ellenbogen has ably demonstrated an <u>excellent ability to plan and organize</u> throughout the review period. For example, he was responsible for planning Canada's involvement at two major events; COMNET, and the Agricultural Progress Show in Pennsylvania, and both resulted in million dollar plus on-site sales. Mr. Ellenbogen was instrumental in organizing the Geomatics Mission to Washington. Through several corporate liaison tours with the TID section manager, Mr. Ellenbogen introduced many important regional contacts providing continuity between Section Managers. Mr. Ellenbogen provided excellent support and valuable advice in organizing a successful mission of Canadian manufacturers to the Pennsylvania Manufactured Housing Assoc. Show in Harrisburg which included a seminar at the Embassy. This event won praise from the Executive Vice President of the Canadian Manufactured Housing Association.

Mr. Ellenbogen <u>excellent initiative</u> by successfully developing and shepherding the creation and completion of a data base of interested manufacturers representatives in the post territory. This innovative and cost effective method of finding buyers for Canadian products has essentially leapfrogged the post's ancient contact lists, and provides Canadian suppliers with an excellent pre-qualified starting point to find distributors. This project has won considerable praise from clients. Mr. Ellenbogen will be encouraged to maximize this projects effectiveness and propose and develop other innovative ideas to improve and enhance our market knowledge of targeted industry sectors.

One of the greatest assets which the TID section possesses is in Mr. Ellenbogen's <u>superior dependability</u>. He has been frequently been called upon to drop what he is doing to provide immediate answers to questions, information, or advice across a broad range of topics. He has handled most of the sections day-to-day trade and industrial enquiries from US and Canadian clients. He has consistently and enthusiastically provided the right information, especially in dealing with Canadians companies, many who have responded with their appreciation in writing. He can also be <u>depended upon to change priorities</u> to meet fluctuating office demands. Mr. Ellenbogen's advice with regards to our relations with the Delaware Chamber of Commerce and Philadelphia contacts has been greatly appreciated. Mr. Ellenbogen has demonstrated <u>sound judgement</u> in assessing and responding to requests for PEMD support. He has not been reluctant to recommend no support and substantiates his opinion with reasoned justification.

Dependability is definitely one of Mr. Ellenbogen's strong points, however this characteristic can carry with it the tendency for over-dependance, especially on management for programme direction. Mr. Ellenbogen needs more encouragement to use his judgement, develop contacts and then confidently recommend and initiate methods to exploit market opportunities. His strength and natural <u>interpersonal skills</u>, and <u>persuasiveness</u> have been essential elements in developing the terms of reference for an agricultural equipment market study which was given to professors at the University of Pennsylvania whom Mr. Ellenbogen identified. This inexpensive, comprehensive 150 page study will serve as a useful market tool of reference for Canadian agricultural equipment suppliers. In terms of <u>professional relations</u>, Mr. Ellenbogen is well-liked by our office staff and well respected by his professional colleagues. He has made an excellent contribution to the overall success of the trade and investment section this past year.

---

**PART/PARTIE 4:** TRAINING AND DEVELOPMENT/FORMATION ET PERFECTIONNEMENT

**A**    RECENT EDUCATION AND TRAINING (including language training)    RÉCENTES ÉTUDES ET FORMATIONS (y compris la formation linguistique)
(To be completed by officer being rated)    (Devra être rempli par l'agent noté)

Indicate any courses attended and qualifications acquired during past year.

*Indiquez tous cours suivis et compétences acquises au cours de l'année écoulée.*

| Course/Cours | Duration/Durée | Institution Maison d'enseignement | Certification/Diplôme |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

COMMENTS (if any explanation necessary)/COMMENTAIRES (si nécessaire)

B     DEVELOPMENT PLAN (to be completed by supervisor)

Indicate training recommended to enhance officer's development and/or performance in his present job.

PROGRAMME DE PERFECTIONNEMENT (à être rempli par le surveillant)

Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et/ou le rendement de l'agent dans ses fonctions actuelles.

PART/PARTIE 5: CERTIFICATION AND COMMENTS/ATTESTATIONS ET OBSERVATIONS

The foregoing is an objective appraisal of this officer for the period under review./Ce qui précède est une appréciation objective de l'agent en question pour la période à l'étude.

Sept 27/91
Date

Peter Drabble
Supervisor's signature/Signature du surveillant

Reviewing officer's comments/Observations de l'agent de révision

27/9/91
Date

Reviewing officer's signature/Signature de l'agent de révision

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so./J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.

Sept. 27, 1991
Date

Signature of officer rated/Signature de l'agent noté

Comments attached
Observations fournies en annexe

Yes / Oui ☐     No / Non ☑

MANUEL M. ELLENBOGEN - CO3

Functions/Responsibilities

Canadian Consulate General Philadelphia

Promote Canadian exports within territory by assisting Canadian firms to locate manufacturers representatives, distributors for their products.

Work closely with U.S. importers to locate Canadian manufacturers who can supply the desired products.

Product responsibility encompasses power and energy development (projects and equipment), forestry, pulp, paper, and wood industry (products and equipment), mining, metal and mineral processing, oil, gas and petrochemicals, health care products, ocean industries, consulting and engineering services, construction (services and equipment).

Requests from Canadian exporters and U.S. companies interested in importing Canadian manufactured products are very frequent and include manufacturers as well as the service industries.

Maintain a close contact with economic and legislative entities in the state of Pennsylvania (Chambers of Commerce, Department of Commerce) for the purpose of reporting matters of interest to Canada. Pending Pennsylvania State House Bill encouraging state to buy "made 50% in America" products were closely monitored--expressed our opposition--worked with State Chamber of Commerce. For the time being bill locked in committees.

Organize trade events and attract/recruit Canadian participants. Follow up and evaluate results.

Organize investment seminars with the main scope of attracting U.S. manufacturers and the investment community as a whole to look/invest in Canada for the ultimate purpose of expanding Canadian industrial base and create new jobs. Investment seminars "Doing Business in Canada" organized and held in Allentown, York, and King of Prussia. Participated with information booth at Pennsylvania International Trade Conference held in Hershey.

Assist when requested for fact finding missions.

Review, evaluate, and comment on PEMD requests.

Lend support to Canadian organizers of trade fairs/seminars in recruiting U.S. participants and attendees.

Investigate and comment on U.S. companies as potential associates for Canadian firms. Raise awareness of Canadian - U.S. trade issues by letter writing to the U.S. business community.

Review local press matters of interest to Canada.

TRADE AND INDUSTRIAL DEVELOPMENT PROGRAM:  FORM A
PROGRAMME D'EXPANSION COMMERCIALE ET INDUSTRIELLE : FORMULAIRE A

UNCLASSIFIE
NON CLASSIF

MISSION: Philadelphia
NAME/NOM: Manuel M. Ellenbogen
POSITION NO./NO DU POSTE  CO3

Instructions:  Indicate how you allocated your time among the activity
areas listed./Indiquez comment vous avez réparti votre temps entre les
domaines d'activité énumérés.

|  | % TIME JAN/1 JUN/30 1986 | % DU TEMPS 1 JAN-30 JUIN86 |
|---|---|---|
| Servicing Export Enquiries / Demandes de Services à l'Exportation | 64 |  |
| Export Promotion Projects and Events / Projets et Activités de Promotion des Exportations | 15 |  |
| Other Trade Development Activities / Autres Activités d'Expansion Commerciale |  |  |
| Promotional Projects / Projets de Promotion | 5 |  |
| Servicing Investment Development / Demandes d'Appui à l'Expansion des Investissements | 10 |  |
| Service to Government / Services au Gouvernement | 6 |  |
| Program Management / Gestion du Programme |  |  |
| Other Mission Programs (please specify) / Autres Programmes de la Mission (spécifier, s.v.p.) |  |  |
| Total | 100% |  |

Representation activities (outside office hours)          (av.hrs/wk)
Activité de représentation (en dehors des heures de bureau)  (moy. hrs/
                                                             semaine

POINT FORM DESCRIPTION OF FUNCTIONS/
DESCRIPTION SCHEMATIQUE DES FONCTION

Instructions:  It is important for the Resource Review Task Force to
understand the functions and responsibilities of all post employees.
Please describe your actual functions and responsibilities, i.e.
identify specific outputs, their frequency and clients.
Il est important que le Groupe de travail chargé de l'examen des
ressources connaisse bien les fonctions et responsabilités de tous les
employés de la mission.  Veuillez décrire vos fonctions et
responsabilités réelles, c.à-d. types de prestations, leur fréquence et
les clients.

(please use one additional page)
(prière d'utiliser une page supplémentaire)

MANUEL M. ELLENBOGEN - C03

Functions/Responsibilities

Canadian Consulate General Philadelphia

Promote Canadian exports within territory by assisting Canadian firms to locate manufacturers representatives, distributors for their products.

Work closely with U.S. importers to locate Canadian manufacturers who can supply the desired products.

Product responsibility encompasses power and energy development (projects and equipment), forestry, pulp, paper, and wood industry (products and equipment), mining, metal and mineral processing, oil, gas and petrochemicals, health care products, ocean industries, consulting and engineering services, construction (services and equipment).

Requests from Canadian exporters and U.S. companies interested in importing Canadian manufactured products are very frequent and include manufacturers as well as the service industries.

Maintain a close contact with economic and legislative entities in the state of Pennsylvania (Chambers of Commerce, Department of Commerce) for the purpose of reporting matters of interest to Canada.

Organize trade events and attract/recruit Canadian participants. Follow up and evaluate results.

Organize investment seminars with the main scope of attracting U.S. manufacturers and the investment community as a whole to look/invest in Canada for the ultimate purpose of expanding Canadian industrial base and create new jobs.

Assist when requested for fact finding missions.

Review, evaluate, and comment on PEMD requests.

Lend support to Canadian organizers of trade fairs/seminars in recruiting U.S. participants and attendees.

Investigate and comment on U.S. companies as potential associates for Canadian firms.

Raise awareness of Canadian - U.S. trade issues by letter writing to the U.S. business community.

Review local press matters of interest to Canada.

PROTECTED (when completed) - PERSONNEL INFORMATION
PROTEGÉ (une fois rempli) - RENSEIGNEMENTS SUR LE PERSONNEL

| | |
|---|---|
| | Date of report / Date du rapport |
| | July 30, 1993 |
| | Period covered / Période de l'évaluation |
| | Sep 1, 1993-Aug 30, 199 |

**LOCALLY-ENGAGED OFFICER APPRAISAL REPORT**
**RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE**

PURPOSE OF REPORT / MOTIF DU RAPPORT:

| | ANNUAL | | CHANGE OF SUPERVISOR | | OTHER (Specify) |
|---|---|---|---|---|---|
| X | ANNUEL | | CHANGEMENT DE SURVEILLANT | | AUTRE (Precisez) |

**PART / PARTIE 1:**   BASIC DATA / DONNÉES DE BASE

Officer's full name / Nom complet de l'agent

Manuel M. Ellenbogen

Date of appointment to Canadian Govt.
Date d'entrée au Gouvernement du Canada

Jun 14, 1987

| Position No. / No du poste | Level of position / Niveau du poste | Officer present level / Niveau actuel de l'agent | Date appointed to present level / date de nomination au présent niveau |
|---|---|---|---|
| 260X | GS-12 | GS12 Step 7 | Jul 1, 1992 |

| SUPERVISOR / SURVEILLANT | REVIEWING OFFICER (if appropriate) / AGENT DE REVISION (si approprié) (i.e. Head of Post, Div. etc) (i.e. Chef de Mission, Direction, etc.) |
|---|---|
| Name / Nom | Name / Nom |
| Peter H. Drabble | David Ryan |
| Level and title / Niveau et titre | Level and title / Niveau et titre |
| FS2 | EX3 |
| Length of time as employee's supervisor / Surveillant de l'employé depuis | Length of time as employee's reviewing officer / Agent de révision de l'employé depuis |
| Three years | Three years |

| **PART / PARTIE 2:** | DESCRIPTION OF RESPONSIBILITIES (To be completed by supervisor) | DESCRIPTION DES RESPONSABILITÉS (A être rempli par le surveillant) |
|---|---|---|

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.
Donnez une brève description des principales responsabilités ou exigences du poste de l'agent ainsi que le pourcentage de temps consacré à chacune.

Mr. Ellenbogen is responsible for trade development and promotion for the following industry sectors:
   Electronics and Telecommunications
   Medical equipment and devices
   Agriculture equipment
   Industrial products
   Building materials
   Biotechnology

Major duties and responsibilities include:

—   providing direct support to Canadian exporters seeking access to the mid-Atlantic regional market, researching and advising on specific trade and market opportunities, advising Canadian government and industry reps on market trends, and contacting and qualifying potential buyers for Canadian Products;                    60%

—   identifies, evaluates, recommends, and implements promotional programs to capatalize on export opportunities for Canadian manufacturers, keeping up to date on market information and trends in the post territory;                    20%

—   developing a sound knowledge of Canadian products and export capability and recommending or undertaking market studies in the interests of Canadian suppliers.   20%

**PART / PARTIE 3:**   PERFORMANCE REVIEW / APPRÉCIATION DU RENDEMENT

**A**   Assessment of knowledge, abilities and effectiveness / Évaluation des connaissances, des aptitudes et du rendement.

Evaluate the officer with respect to the following by inserting a check mark (✓) in the appropriate column.
Évaluez l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.

The "Not applicable" column should be used in instances where the factors listed below are not relevant to the work the officer is performing.
La colonne "ne s'applique pas" ne doit être cochée que si les facteurs énumérés ne correspondent pas au travail exécuté par l'agent.

| | | Not applicable / Ne s'applique pas | Unsatisfactory / Non satisfaisant | Fully satisfactory / Satisfaisant | Satisfactory / Satisfaisant | Superior / Supérieur | Outstanding / Remarquable |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE CONNAISSANCES | Post practices, procedures and standards relevant to employee's duties. Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé. | | | | ✓ | | |
| ANALYSING APTITUDE À ANALYSER | Assessing information, problems or situations in relation to officer's duties or to special projects. Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux. | | | | | ✓ | |
| PLANNING APTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. Son propre travail ou le travail des autres, sachant déterminer les priorités. | | | | ✓ | | |
| ORGANIZING APTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances. | | | | ✓ | | |
| CONTROLLING APTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. En assurant l'application des calendriers et des méthodes approuvées et le respect des objectifs et des échéances | | | ✓ | | | |
| COMMUNICATING APTITUDE À COMMUNIQUER | Orally / De vive voix In writing / Par écrit | | | | | ✓ | |
| SUPERVISING APTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes. | | | | | ✓ | |
| EFFECTIVENESS RENDEMENT | - Adaptability / Faculté d'adaptation | | | | | ✓ | |
| | - Co-operation / Collaboration | | | | | | ✓ |
| | - Dependability / Fiabilité | | | | | ✓ | |
| | - Industriousness / Application au travail | | | | ✓ | | |
| | - Initiative / Initiative | | | | ✓ | | |
| | - Interpersonal relations / Relations interpersonnelles | | | | | ✓ | |
| | - Judgement / Jugement | | | | | ✓ | |
| | - Mental alertness / Vivacité d'esprit | | | | | ✓ | |
| | - Performance under pressure / Rendement sous tension | | | | | ✓ | |
| | - Professional and social relations / Relations professionnelles et sociales | | | | ✓ | | |
| | - Tactfulness / Tact | | | | | | ✓ |
| | - Quality of work / Qualité du travail | | | | | ✓ | |

In addition to the objectives which are inherent in the trade and investment plan for the section, the following will be used for the next appraisal period. These objectives are subject to change and may be added to or removed over the course of the year.

**Objectives for 1993-1994**

**Telecommunications:**

1. Work with Canadian firms to qualify suppliers for Bell Atlantic.
2. Still outstanding five page industry profile to be completed by November 15th and distributed in time for COMNET participants.

**Healthcare:**

1. Follow through with the medical devices study and use this document for a medical devices mission to the mid-Atlantic this fiscal year.

2. Explore the merits of undertaking an activity (mission, seminar in Canada etc.) and produce a report which would educate Canadian medical device developers/manufacturers about the FDA regulatory approval process.

3. Still outstanding corporate liaison calls in Maryland.

**Building Materials:**

1. Over see the building materials market study.
2. Provide your own project proposal for Ottawa to capitalize on the remodelers show giving guidance on products to promote, Canadian capability to highlight etc.

**Corporate Liaison:**

1. Minimum of four mutually agreed upon corporate liaison calls per quarter with follow-up reports.

**Industry Sector Profiles:**

1. Two new industry sector profiles to be written by Mr. Ellenbogen or guided by Mr. Ellenbogen using the services of a student intern.

**MANA:**
1. Still outstanding report on implementation.

Mr. Ellenbogen has made a very good contribution through a number of successful trade events and activities for the period under review. These activities have included the organization of a mid-Atlantic plumbing show, a medical software show in Baltimore, the Pennsylvania Farm Show, and he was responsible for recruiting local buyers to several trade events in Canada. Mr. Ellenbogen also organized a successful event to raise the profile of the Canadian biotechnology industry in the local community and he deftly handled the logistics and paper work associated with a visit to the Embassy by the Mayor of East Orange New Jersey on behalf of Arriscraft. Mr. Ellenbogen has completed two updates of the MANA database this spring, sending out 535 letters and effectively coordinated the input through a student intern. As has been noted in previous appraisals, Mr. Ellenbogen demonstrates dependability in handling enquiries from Canadian industry and in any given year he receives numerous letters of congratulations from these grateful business people, notably Doug Chapman of JPS. Mr. Ellenbogen also demonstrated dependability using tact and judgement in working with the somewhat tedious American Society of Industry Security show management when it became known that contract problems could threaten Canadian participation.

Mr. Ellenbogen possesses professional qualities which are an excellent asset to the trade section. However, on balance, measured by close examination of his job description, he is not meeting his full potential and therefore the following suggestions are made on behalf of his professional development:

1. Mr. Ellenbogen should pay closer attention to accomplishing his commitments to the trade plan objectives. Attending to a workload of day to day enquiries - which he handles well and are an important part of his job, there is a tendency to lose sight of longer term objectives. Despite careful reminders throughout the year to review progress in the completion of his objectives, many items fell by the wayside. For example, there was a four month delay in completing a show report for the medical software show held last November, his two page industry sector profile (Ag equipment) took twelve months to complete, and a report on the success and implementation of the MANA database has also been outstanding for over nine months.

2. Mr. Ellenbogen could achieve greater successes by being more pro-active in his sectors of responsibility. For example, although Mr. Ellenbogen has held responsibility for the medical device/biotechnology sector for over a year, he only recently engaged in efforts to launch a medical device mission. He perhaps needs to organize himself better and reassess his priorities in the face of competing work demands.

3. Mr. Ellenbogen is aware of the critical imperative from Ottawa to obtain more and better market intelligence. He therefore needs to develop a wider range of industry contacts to not only support this goal but as a source of ideas, information and allies to realize new programme initiatives. With a wider reliable inventory of contacts he would find his enquiry workload would in fact, become easier, especially if he delegates effectively to support staff. The medical device mission is one of his new initiatives, and any delay on his commitment to visit related firms (his memo of June 16th), runs the risk of less being achieved this fiscal year. One of the ways Mr. Ellenbogen might consider increasing his circle of contacts would

PROTECTED (when completed) - PERSONNEL INFORMATION
PROTEGÉ (une fois rempli) - RENSEIGNEMENTS SUR LE PERSONNEL

| Date of report / Date du rapport |
|---|
| August 3, 1994 |
| Period covered / Période de l'évaluation |
| Sept. 1/94–Aug. 30/95 |

**LOCALLY-ENGAGED OFFICER APPRAISAL REPORT**
**RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE**

PURPOSE OF REPORT / MOTIF DU RAPPORT:    [ X ] ANNUAL / ANNUEL    [ ] CHANGE OF SUPERVISOR / CHANGEMENT DE SURVEILLANT    [ ] OTHER (Specify) / AUTRE (Precisez)

**PART / PARTIE 1:**    BASIC DATA / DONNÉES DE BASE

Officer's full name / Nom complet de l'agent

Manuel M. Ellenbogen

Date of appointment to Canadian Govt.
Date d'entrée au Gouvernement du Canada

June 14, 1987

| Position No. / No du poste | Level of position / Niveau du poste | Officer present level / Niveau actuel de l'agent | Date appointed to present level / date de nomination au présent niveau |
|---|---|---|---|
| 260X | GS-12 | GS12 Step 7 | July 1, 1992 |

| SUPERVISOR / SURVEILLANT | REVIEWING OFFICER (if appropriate) / AGENT DE REVISION (si approprié) (i.e. Head of Post, Div. etc) (i.e. Chef de Mission, Direction, etc.) |
|---|---|
| Name / Nom Peter H. Drabble | Name / Nom Denis Comeau |
| Level and title / Niveau et titre FS2 | Level and title / Niveau et titre EX1 |
| Length of time as employee's supervisor / Surveillant de l'employé depuis Four years | Length of time as employee's reviewing officer / Agent de révision de l'employé depuis    One year |

**PART / PARTIE 2:**    DESCRIPTION OF RESPONSIBILITIES (To be completed by supervisor)    DESCRIPTION DES RESPONSABILITÉS (A être rempli par le surveillant)

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.
Donnez une brève description des principales responsabilités ou exigences du poste de l'agent ainsi que le pourcentage de temps consacré à chacune.

Mr. Ellenbogen is responsible for trade development and promotion for the following industry sectors:

      Electronics and Telecommunications
      Medical equipment and devices
      Agriculture equipment
      Industrial  products
      Building materials
      Biotechnology

Major duties and responsibilities include:

- providing direct support to Canadian exporters seeking access to the mid-Atlantic regional market, researching and advising on specific trade and market opportunities, advising Canadian government and industry reps on market trends, and contacting and qualifying potential buyers for Canadian Products;    60%

- identifies, evaluates, recommends, and implements promotional programs to capitalize on export opportunities for Canadian manufacturers, keeping up to date on market information and trends in the post territory;    20%

- developing a sound knowledge of Canadian products and export capability and recommending or undertaking market studies in the interests of Canadian suppliers.    20%

EXT 122 (90/08)

**PART / PARTIE 3:**   PERFORMANCE REVIEW / APPRÉCIATION DU RENDEMENT

**A**   Assessment of knowledge, abilities and effectiveness / Évaluation des connaissances, des aptitudes et du rendement.

Evaluate the officer with respect to the following by inserting a check mark (✓) in the appropriate column.
Évaluez l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.

The "Not applicable" column should be used in instances where the factors listed below are not relevant to the work the officer is performing.
La colonne "ne s'applique pas" ne doit être cochée que si les facteurs énumérés ne correspondent pas au travail exécuté par l'agent.

| Factor | Description | Not applicable / Ne s'applique pas | Unsatisfactory / Non satisfaisant | Satisfactory / Satisfaisant | Fully satisfactory / Très satisfaisant | Superior / Supérieur | Outstanding / Remarquable |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE CONNAISSANCES | Post practices, procedures and standards relevant to employee's duties. Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé. | | | | | ✓ | |
| ANALYSING APTITUDE À ANALYSER | Assessing information, problems or situations in relation to officer's duties or to special projects. Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux. | | | | | ✓ | |
| PLANNING APTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. Son propre travail ou le travail des autres, sachant déterminer les priorités. | | | | ✓ | | |
| ORGANIZING APTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances. | | | | ✓ | | |
| CONTROLLING APTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. En assurant l'application des calendriers et des méthodes approuvées et le respect des objectifs et des échéances. | | | | ✓ | | |
| COMMUNICATING APTITUDE À COMMUNIQUER | Orally / De vive voix In writing / Par écrit | | | | | ✓ | |
| SUPERVISING APTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes. | | | | ✓ | | |
| EFFECTIVENESS RENDEMENT | - Adaptability / Faculté d'adaptation | | | | | ✓ | |
| | - Co-operation / Collaboration | | | | | ✓ | |
| | - Dependability / Fiabilité | | | | | ✓ | |
| | - Industriousness / Application au travail | | | | ✓ | | |
| | - Initiative / Initiative | | | | ✓ | | |
| | - Interpersonal relations / Relations interpersonnelles | | | | ✓ | | |
| | - Judgement / Jugement | | | | | ✓ | |
| | - Mental alertness / Vivacité d'esprit | | | | | ✓ | |
| | - Performance under pressure / Rendement sous tension | | | | | ✓ | |
| | - Professional and social relations / Relations professionnelles et sociales | | | | ✓ | | |
| | - Tactfulness / Tact | | | | | ✓ | |
| | - Quality of work / Qualité du travail | | | | | ✓ | |

1

## A. Narrative Assessment

Mr. Ellenbogen has completed a very fruitful year in the Trade and Investment Section, perhaps his most productive in the four years I have managed the section. He has made good efforts to meet objectives established last summer and there has been a noticeable increase in the quality of his writing.

With respect to the trade plan, Mr. Ellenbogen organized numerous events over this past year which resulted in considerable benefits accruing to the Canadians who participated. These included organizing Canadian stands at the Society for Neuroscience, the Pennsylvania Farm Show, the Instrumentation Society of America show in Philadelphia and the Marble Institute of North America reception for which he received praise from the Minister Martel and Ariscraft for his efforts. Mr. Ellenbogen assisted and accompanied the Canadians in the U.S. Department of Veterans Affairs travel to London Ontario to look at Canadian capability in medical devices. Mr. Ellenbogen assisted Alpha Zaicon give a timely presentation to the Washington Metropolitan Transit Authority, and has reported on the commercial opportunities associated with the Disney project in Manasas. Mr. Ellenbogen demonstrated initiative by successfully in winning the cooperation of the local Chapter of the Electronic Representatives Association to participate in an event at the Embassy to match buyers and sellers. He was also successful in recruiting an FDA speaker to attend Export Vision at the request of IC in Winnipeg. Other events where he participated in a supporting role for organizing Ottawa-driven projects included the Remodelers Show in Baltimore, and the biotechnology mission to BIO '94. Mr. Ellenbogen developed the terms of reference for the telecommunications market study by drawing on Canadian industry views and on local sources. Thanks to that research, it is likely we will see a better quality product because it will more accurately match Canadian capability with local opportunities. Perhaps Mr. Ellenbogen's greatest success this past year has been the quality of the medical device market study. He very effectively (and forcefully) pushed the project to a successful conclusion when it became apparent the Embassy was not going to receive the product it expected. Currently, Mr. Ellenbogen is fulfilling a major commitment left over from last years objectives by organizing a medical devices mission to the territory.

**Final Note:** Mr. Ellenbogen could achieve greater glory for this contribution to the section by staying organized, keeping focussed on his objectives (in this appraisal) and not letting himself be distracted by the work of the moment, or by petty personal conflicts in the section. This has been noted in previous appraisals. Mr. Ellenbogen is a dependable officer and it bears repeating that I believe his contribution this past year has probably been greater than any of the three preceding years that I have known him. He is encouraged to continue his efforts in the health care area but to press towards the ultimate goal of reporting on sales success resulting from his sales success with Canadian clients - since that is the bottom line.

3

## C. Objectives for 1995/96

In addition to the objectives which are inherent in the trade and investment plan for the section, the following will be used for the next appraisal period. These objectives are subject to change and may be added to or removed over the course of the year at the mutual consent of Mr. Ellenbogen and the Program Manager.

**Healthcare:** Mr. Ellenbogen agrees to draft (with the assistance of J. Bradt) a follow-up report outlining opportunities to sell medical devices and equipment to the U.S. Department of Veterans Affairs. Mr. Ellenbogen agrees to draft a report concerning FDA regulation of medical devices and ways in which Canadian companies could prepare themselves in advance of seeking marketing approval from the FDA. Mr. Ellenbogen agrees to follow-up over the next few months with the Maryland mission members who travelled to BIO '94 and to prepare a brief report assessing the success of that venture.

**Corporate Liaison:** Mr. Ellenbogen agrees to undertake a minimum of 15 corporate liaison calls per quarter over the next twelve months. He understands the increased importance given to liaison calls, especially as they relate to his critical need of building a larger critical mass of contacts in his sectors of responsibility. As mentioned above, he is beginning to develop contacts in the health care sector (medical devices and biotechnology) which is a new medium-term initiative but he needs to do more. His challenge is to organize himself to systematically tackle other sectors as well. This includes creating and sticking to a system to meet the reporting requirements. His reports must be completed and distributed quickly, typically in the same week they are completed. As market intelligence, there is a time sensitivity which is lost if they are allowed to pile up, adding to an already burdensome paperload. It is recommended that a list of liaison calls be drawn up with the mutual agreement of the Program Manager bi-weekly and specific plans be made to complete at least one call per week either with or without the Program Manager.

**Market Profiles:** Mr. Ellenbogen agrees to undertake two new industry sector market profiles, either himself or with the assistance of a student intern. The purpose of these profiles is to ease his workload by providing readily available basic market information to satisfy frequent Canadian enquiries in a specific sector. These profiles should be outside of any requirements of the trade plan and be completed to the mutual satisfaction of the Program Head.

2

**B. 1994-95 Objectives**

**Telecommunications:** The objective of creating an industry profile for COMNET was relaxed in favour of doing a larger telecommunications study later in the spring. Mr. Ellenbogen subsequently did a brief market profile for the T-Group and effectively created the terms of reference for the larger study which is due shortly. The project has been contracted externally. Given the importance and market power of Bell Atlantic, Mr. Ellenbogen needs to commit more time to developing a closer relationship with that organization, especially since this was a specific interest brought up by the Canadian firms who were polled as reference for the market study. Please see a new objective in this regard below.

**Heathcare:** As commented above, Mr. Ellenbogen successfully shepherded the medical devices study to a successful completion. The study received praise as a comprehensive document and was very effectively promoted through CanadExport. Mr. Ellenbogen is working (with the cooperation of Philadelphia) to bring a medical devices mission to the mid-Atlantic in a few weeks. Mr. Ellenbogen has completed outstanding liaison calls in Maryland. He was successful in recruiting an FDA representative to go to Winnipeg for Export Vision last fall. Please see a new objective (FDA) for this sector below.

**Building Materials:** Mr. Ellenbogen successfully managed the building materials market study which has been in very popular demand in Canada. ~~Although the proposal to develop a trade development support activity for the Remodelers Show was not undertaken~~, Mr. Ellenbogen played a valuable support logistics role to UTO for this event.

**Corporate Liaison:** In terms of corporate liaison activities, Mr. Ellenbogen has begun to make good progress towards meeting the goal of more frequent calls outside the office especially in the area of health care.

**Industry Sector Profiles:** This objective has not been fulfilled.

**Mana:** Mr. Ellenbogen has completed his contribution to the MANA report to the satisfaction of the Section Head. This report surveyed the effective use of the Maximizer database and was distributed to other U.S. posts as a model for their consideration and to Ottawa to improve WIN Exports.

**B**  DEVELOPMENT PLAN (to be completed by supervisor)

Indicate training recommended to enchance officer's development and / or performance in his present job.

**PROGRAMME DE PERFECTIONNEMENT** (à être rempli par le surveillant)

Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et / ou rendement de l'agent dans ses fonctions actuelles.

---

**PART / PARTIE 5:**    CERTIFICATION AND COMMENTS / ATTESTATIONS ET OBSERVATIONS

The foregoing is an objective appraisal of this officer for the period under review. / Ce qui précède est un appréciation objective de l'agent en question pour la période à l'étude.

August 5 / 94
_____
Date

Reviewing officer's comments / Observations de l'agent de révision

Peter Drabble
_____
Supervisor's signature / Signature du surveillant

9/8/94
_____
Date

_____
Reviewing officer's signature / Signature de l'agent de révision

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so. / J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.

|  | Yes | No |
|---|---|---|
| Comments attached | | ✓ |
| Observations fournies en annexe | Oui | Non |

08/05/94
_____
Date

_____
Signature of officer rated / Signature de l'agent noté

PROTECTED (when completed) - PERSONNEL INFORMATION
PROTÉGÉ (une fois rempli) - RENSEIGNEMENTS SUR LE PERSONNEL

| Date of report / Date du rapport |
|---|
| 31AUG95 |
| Period covered / Période de l'évaluation |
| 08SEP94–01JUL95 |

## LOCALLY-ENGAGED OFFICER APPRAISAL REPORT
## RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE

PURPOSE OF REPORT / MOTIF DU RAPPORT:   [X] ANNUAL / ANNUEL   [ ] CHANGE OF SUPERVISOR / CHANGEMENT DE SURVEILLANT   [ ] OTHER (Specify) / AUTRE (Precisez)

**PART / PARTIE 1:**   BASIC DATA / DONNÉES DE BASE

| Officer's full name / Nom complet de l'agent | Date of appointment to Canadian Govt. Date d'entrée au Gouvernement du Canada |
|---|---|
| Manuel Ellenbogen | |

| Position No. / No du poste | Level of position / Niveau du poste | Officer present level / Niveau actuel de l'agent | Date appointed to present level / date de nomination au présent niveau |
|---|---|---|---|
| EXT 02060X | GS-12 | GS-12/9 'A' | 01JUL94 |

| SUPERVISOR / SURVEILLANT | REVIEWING OFFICER (if appropriate) / AGENT DE REVISION (si approprié) (i.e. Head of Post, Div. etc) (i.e. Chef de Mission, Direction, etc.) |
|---|---|
| Name / Nom<br>Robert J. Rutherford | Name / Nom<br>Denis Comeau |
| Level and title / Niveau et titre<br>FS-02  First Secretary (Commercial) | Level and title / Niveau et titre<br>EX-2  Minister Counsellor (Commercial) |
| Length of time as employee's supervisor / Surveillant de l'employé depuis<br>10 months (joined Embassy 08SEP94) | Length of time as employee's reviewing officer / Agent de révision de l'employé depuis   12 months |

| **PART / PARTIE 2:** | DESCRIPTION OF RESPONSIBILITIES (To be completed by supervisor) | DESCRIPTION DES RESPONSABILITÉS (À être rempli par le surveillant) |
|---|---|---|

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.
Donnez une brève description des principales responsabilités ou exigences du poste de l'agent ainsi que le pourcentage de temps consacré à chacune.

Under the General Direction of the First Secretary (Commercial), the officer develops export markets for Cdn exporters in the major sectors of telecommunications (phone systems, cellular, CATV, data), computers (hardware, software and systems/network integration), biotechnology & healthcare (pharmaceuticals, medical products, health care systems, FDA approvals), construction (building materials, HVAC systems), chemicals, forestry, mining and other products   Activities relate to the Post territory of eastern Pennsylvania, Virginia, Maryland, Delaware & DC. Major responsibilities include:
**Developing, maintaining, & providing to the Cdn exporters, OGD's & the Provinces, market intelligence & information** (i.e. market studies, CanadExport articles) covering distribution channels, market niches & trends, & regional business conditions. Providing information on Cdn capabilities to regional industry representatives & trade press. (25%)
**Designing, organizing & implementing promotional projects, & conducting related follow-up.** (i.e. international & regional trade fairs, expositions & conferences, marketing seminars, incoming & outgoing missions, & solo Cdn trade shows & hospitality events). (20%)
**Providing counselling & advocacy services to Cdn firms**, including advice on market plans & strategies, & assistance in resolving market access or other difficulties. (25%)
**Conducting business outreach activities**, including speaking to territory trade groups, associations, service groups & potential buyers on Cdn capabilities. (15%)
**Optimizing resources through program planning**, including preparation of sectoral inputs for the Mission Planning System, & participating in U.S. Post sector planning sessions. (10%)
**Undertaking any managerial/supervisory activities** related to LES & student interns. (5%)

**PART / PARTIE 3:**   PERFORMANCE REVIEW / APPRÉCIATION DU RENDEMENT

**A**   Assessment of knowledge, abilities and effectiveness / Évaluation des connaissances, des aptitudes et du rendement.

Evaluate the officer with respect to the following by inserting a check mark (✓) in the appropriate column.
Évaluez l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.

The "Not applicable" column should be used in instances where the factors listed below are not relevant to the work the officer is performing.
La colonne "ne s'applique pas" ne doit être cochée que si les facteurs énumérés ne correspondent pas au travail exécuté par l'agent.

| | | Not applicable / Ne s'applique pas | Unsatisfactory / Non satisfaisant | Satisfactory / Satisfaisant | Fully satisfactory / Très satisfaisant | Superior / Supérieur | Outstanding / Remarquable |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE CONNAISSANCES | Post practices, procedures and standards relevant to employee's duties. Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé. | | | | | ✓ | |
| ANALYSING APTITUDE À ANALYSER | Assessing information, problems or situations in relation to officer's duties or to special projects. Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux. | | | | | ✓ | |
| PLANNING APTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. Son propre travail ou le travail des autres, sachant déterminer les priorités. | | | | | ✓ | |
| ORGANIZING APTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances. | | | | ✓ | | |
| CONTROLLING APTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. En assurant l'application des calendriers et des méthodes approuvées et le respect des objectifs et des échéances. | | | | ✓ | | |
| COMMUNICATING APTITUDE À COMMUNIQUER | Orally / De vive voix In writing / Par écrit | | | | | ✓ | |
| SUPERVISING APTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes. | | | | | ✓ | |
| EFFECTIVENESS RENDEMENT | - Adaptability / Faculté d'adaptation | | | | | ✓ | |
| | - Co-operation / Collaboration | | | | | | ✓ |
| | - Dependability / Fiabilité | | | ✓ | | | |
| | - Industriousness / Application au travail | | | ✓ | | | |
| | - Initiative / Initiative | | | ✓ | | | |
| | - Interpersonal relations / Relations interpersonnelles | | | | | | ✓ |
| | - Judgement / Jugement | | | | | ✓ | |
| | - Mental alertness / Vivacité d'esprit | | | | | ✓ | |
| | - Performance under pressure / Rendement sous tension | | | | | ✓ | |
| | - Professional and social relations / Relations professionnelles et sociales | | | | | ✓ | |
| | - Tactfulness / Tact | | | | | ✓ | |
| | - Quality of work / Qualité du travail | | | | | ✓ | |

**B  NARRATIVE ASSESSMENT / EVALUATION NARRATIVE**

Evaluate the officer's performance throughout the period covered in this report based on the results achieved in relation to established goals and objectives. Comments are to be restricted to those factors which directly influenced the officer's meeting, exceeding or failing to meet the results expected and should be related to these results. Factors which may be relevant include: variation between level of position and level of officer, punctuality, maturity, general attitude and personal qualities.

Évaluez le rendement de l'agent tout au long de la période dont le présent rapport fait l'objet en vous fondant sur les résultats obtenus par rapport au but et aux objectifs fixés. Les observations doivent se limiter aux facteurs qui ont influé directement sur le fait que l'agent a atteint ou dépassé, ou n'a pas atteint les résultats attendus et être formulées en fonction de ces mêmes résultats. Parmi les facteurs pertinents considérez notamment: l'écart entre le niveau du poste et le niveau de l'agent, la ponctualité, la maturité, l'attitude de l'agent en général et ses autres qualités.

In the period Mr. Ellenbogen prepared new **mi/i** studies & reports, including Mid-Atlantic Market for Cdn Telecom Products & Services. This was well received by Cdn business which has favourably commented on the detail of sub-sector opportunities included. He initiated articles for CanadExport on Construction Product Licensing in Cda, & Telecom prospects in the Mid-Atlantic. A timely mi/i report led directly to a Cdn. $7 million sale of towers & tanks.

Mr. Ellenbogen provided **business advocacy & counselling** services to Tri-Star Industries of Halifax (considering truck assembly in Cda). He investigated the subject, discussing with IC, trade press & other industry experts aspects of production, world-wide inventory & demand, & trade barriers. He worked with a U.S. firm on tidal power ventures with N.B. & N.S Power utilities. He has worked closely with Maryland Biotechnology, University of Maryland, and the National Assn of Medical Equipment Suppliers (NAMES) to identify new business opps for Cdn firms. He has counselled numerous Cdn firms on distribution, business practices, barriers, and Mid-Atlantic trade opps.

Mr. Ellenbogen was instrumental in organizing **promotional events** such as the successful Ont. Telecom R&D Seminar held at the Embassy, assisting the Ont Govt with technical audience recruitment & logistics. He organized with IC offices, & accompanied, a mission of FDA reps to Halifax, Montreal, Toronto & Vancouver to apprise 200 Cdn firms of U.S. FDA approval procedures for medical products. This format proved to be so successful that it will be repeated for an FDA In-Vitro Product Mission. He also organized an Embassy seminar & reception for 11 Cdn medical product exhibitors selling to the U.S. National Assn of Medical Equip. Suppliers (NAMES). NAMES paid all expenses, being convinced that buying low-cost Cdn medical devices would lead to substantive cost savings for the U.S. Healthcare system. He also also participated in three territory trade shows - Heating, Ventilation, Air Cond. (HVAC), Harrisburg Agriculture Equipment Show, & GraphExpo (advanced printing technologies).

Mr. Ellenbogen participated in U.S. Post Sector **Planning** meetings in Chicago (construction), and Vancouver (telecoms). As he concentrated his activity on responsive workload (his sectors produce numerous enquiries to be satisfied on a daily basis), he experienced some difficulty in proactive undertaking of corporate liaison calls and sectoral trade initiatives. We will ensure establishment of measurable objectives for the new appraisal year, monitor progress against planned goals and time-posts, & provide interim appraisal of these activities to ensure programs are on-track.

Mr. Ellenbogen has recently increased his **outreach** activity, participating in Maryland Embassy Day Trade Exhibition program in Baltimore (Gov. & Mayor hosted), Philadelphia Trade Office's Cda Day event with Penn business contacts, & Aug '95 Inernational Trade Assn of N. Virginia Trade & Tourism promotion. In **managing** financial resources, he ensured that all required event funding was secured for his events, that budgetary limitations were respected, and that PAYE's were established for FY-end mission activity. He involved Ms. Halpin in trade delivery through event org & recruitment, and other program activity.

---

**PART / PARTIE 4:    TRAINING AND DEVELOPMENT / FORMATION ET PERFECTIONNEMENT**

**A  RECENT EDUCATION AND TRAINING** (including language training)
(To be completed by officer being rated)

**RÉCENTES ÉTUDES ET FORMATION** (y compris la formation linguistique)
(Devra être rempli par l'agent noté)

Indicate any courses attended and qualifications acquired during past year.

Indiquez tous cours suivis et compétences acquises au cours de l'année écoulée.

| Course / Cours | Duration / Durée | Institution Maison d'enseignement | Certification / Diplôme |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

COMMENTS (if any explanation necessary) / COMMENTAIRES (si nécessaire)

| B. DEVELOPMENT PLAN (to be completed by supervisor) | PROGRAMME DE PERFECTIONNEMENT (à être rempli par le surveillant) |
|---|---|
| Indicate training recommended to enchance officer's development and / or performance in his present job. | Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et / ou rendement de l'agent dans ses fonctions actuelles. |

Recommend Presentation Skills/Toastmasters training to enhance communications skills for Corporate Liaison & Outreach (speaking engagements) aspects of trade program.  Also recommend a business writing course to further strengthen ability to convey succinct messages.

---

**PART / PARTIE 5:**   CERTIFICATION AND COMMENTS / ATTESTATIONS ET OBSERVATIONS

The foregoing is an objective appraisal of this officer for the period under review. / Ce qui précède est une appréciation objective de l'agent en question pour la période à l'étude.

31 AUG 95
_____
Date

_R J Rutherford_
_____
Supervisor's signature / Signature du surveillant

Reviewing officer's comments / Observations de l'agent de révision

Mr. Ellen Logan has the potential to undertake & produce much more than he has in the past. I hope the coming year will see renewed vigour & enthusiasm for his work.

August 31, 1995
_____
Date

_____
Reviewing officer's signature / Signature de l'agent de révision

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so. / J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.

Comments attached
Observations fournies en annexe

Yes / Oui [ ]    No / Non [X]

August 31, 1995
_____
Date

_____
Signature of officer rated / Signature de l'agent noté

PROTECTED (when completed) - PERSONNEL INFORMATION
PROTEGÉ (une fois rempli) - RENSEIGNEMENTS SUR LE PERSONNEL

| | |
|---|---|
| **LOCALLY-ENGAGED OFFICER APPRAISAL REPORT**<br>**RAPPORT D'APPRÉCIATION DES AGENTS ENGAGÉS SUR PLACE** | Date of report / Date du rapport<br>August 30, 1996<br>Period covered / Période de l'évaluati<br>01July95-01July96 |

PURPOSE OF REPORT / MOTIF DU RAPPORT:    [ X ] ANNUAL ANNUEL    [ ] CHANGE OF SUPERVISOR CHANGEMENT DE SURVEILLANT    [ ] OTHER (Specify) AUTRE (Precisez)

**PART / PARTIE 1:**    BASIC DATA / DONNÉES DE BASE

Officer's full name / Nom complet de l'agent

    Manuel Ellenbogen

| Position No. / No du poste | Level of position / Niveau du poste | Officer present level / Niveau actuel de l'agent | Date appointed to present level / date d<br>nomination au présent niveau |
|---|---|---|---|
| EXT 0260X | GS 12 | GS12/10 'A'T | 01July95 |

Date of appointment to Canadian Govt.
Date d'entrée au Gouvernement du Canada

| SUPERVISOR / SURVEILLANT | REVIEWING OFFICER (if appropriate) / AGENT DE REVISION (si approprié<br>(i.e. Head of Post, Div. etc)    (i.e. Chef de Mission, Direction, etc.) |
|---|---|
| Name / Nom<br>Robert J. Rutherford | Name / Nom<br>Mark Bailey |
| Level and title / Niveau et titre<br>FS-2   First Secretary (Commercial) | Level and title / Niveau et titre<br>EX-1   Minister Counsellor (Commercial) |
| Length of time as employee's supervisor / Surveillant de l'employé depuis<br>12 months | Length of time as employee's reviewing officer / Agent de révision de l'emplo<br>depuis   12 months |

| **PART / PARTIE 2:** | DESCRIPTION OF RESPONSIBILITIES<br>(To be completed by supervisor) | DESCRIPTION DES RESPONSABILITÉS<br>(A être rempli par le surveillant) |
|---|---|---|

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.
Donnez une brève description des principales responsabilités ou exigences du poste de l'agent ainsi que le pourcentage de temps consacré à chacune.

Under the General Direction of the First Secretary (Commercial), the officer identifies and promotes sales and partnering opportunities for Cdn firms in the business sectors of advanced technology products (including telecommunications and computers), biotechnology & healthcare (pharmaceuticals, medical products, health care systems), construction, chemicals, forestry and mining. Activities relate to the Post territory of eastern Pennsylvania, Virginia, Maryland, Delaware & DC. Major responsibilities include:

Developing, maintaining, & providing to the Cdn exporters, OGD's & the Provinces, **market intelligence & information** covering distribution channels, prospective territory buyers and partners, Canadian source information (i.e. WIN search, Cdn Trade Index, Thomas Register, sourcing experts), market access conditions, market niches & trends, & regional business conditions. Providing information on Cdn capabilities to regional industry representatives & trade press. (25%)

Planning, organizing & implementing **promotional projects**, & conducting related follow-up.  (i.e. international & regional trade fairs, expositions & conferences, solo shows and Embassy promotions, marketing seminars, incoming & outgoing missions, & solo Cdn trade shows & hospitality events).  (20%) Providing **counselling & advocacy services** to Cdn firms including advice on market plans & strategies, & assistance in educating Cdn firms on market access conditions (especially medical products), and resolving market access or other difficulties.  (25%)

Conducting **business outreach** activities, including speaking to territory trade groups, associations, service groups & potential buyers on Cdn capabilities.  (15%)

Optimizing resources through **program planning**.  Prepares sectoral inputs for Canada's International Business Strategy (CIBS), & participates in U.S. Post sector planning sessions.  (10%)

Undertaking any **managerial/supervisory** activities related to LES & student interns.  (5%)

EXT 122 (90/08)

**PART / PARTIE 3:**   PERFORMANCE REVIEW / APPRÉCIATION DU RENDEMENT

**A**   Assessment of knowledge, abilities and effectiveness / Évaluation des connaissances, des aptitudes et du rendement.

Evaluate the officer with respect to the following by inserting a check mark (✓) in the appropriate column.
Évaluez l'agent par rapport à chacun des articles suivants en cochant (✓) la colonne appropriée.

The "Not applicable" column should be used in instances where the factors listed below are not relevant to the work the officer is performing.
La colonne "ne s'applique pas" ne doit être cochée que si les facteurs énumérés ne correspondent pas au travail exécuté par l'agent.

| | | Not applicable / Ne s'applique pas | Unsatisfactory / Non satisfaisant | Satisfactory / Satisfaisant | Fully satisfactory / Très satisfaisant | Superior / Supérieur | Outstanding / Remarquable |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE CONNAISSANCES | Post practices, procedures and standards relevant to employee's duties. Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé. | | | | | ✓ | |
| ANALYSING APTITUDE À ANALYSER | Assessing information, problems or situations in relation to officer's duties or to special projects. Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux. | | | | | ✓ | |
| PLANNING APTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. Son propre travail ou le travail des autres, sachant déterminer les priorités. | | | | | ✓ | |
| ORGANIZING APTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances. | | | | | ✓ | |
| CONTROLLING APTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. En assurant l'application des calendriers et des méthodes approuvées et le respect des objectifs et des échéances | | | | | ✓ | |
| COMMUNICATING APTITUDE À COMMUNIQUER | Orally / De vive voix In writing / Par écrit | | | | ✓ | | |
| SUPERVISING APTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes. | | | | | ✓ | |
| EFFECTIVENESS RENDEMENT | - Adaptability / Faculté d'adaptation | | | | | ✓ | |
| | - Co-operation / Collaboration | | | | | | ✓ |
| | - Dependability / Fiabilité | | | | | ✓ | |
| | - Industriousness / Application au travail | | | | | ✓ | |
| | - Initiative / Initiative | | | | | ✓ | |
| | - Interpersonal relations / Relations interpersonnelles | | | | | | ✓ |
| | - Judgement / Jugement | | | | | ✓ | |
| | - Mental alertness / Vivacité d'esprit | | | | | ✓ | |
| | - Performance under pressure / Rendement sous tension | | | | | ✓ | |
| | - Professional and social relations / Relations professionnelles et sociales | | | | | ✓ | |
| | - Tactfulness / Tact | | | | | ✓ | |
| | - Quality of work / Qualité du travail | | | | | ✓ | |

**B**  NARRATIVE ASSESSMENT / ÉVALUATION NARRATIVE

Evaluate the officer's performance throughout the period covered in this report based on the results achieved in relation to established goals and objectives. Comments are to be restricted to those factors which directly influenced the officer's meeting, exceeding or failing to meet the results expected and should be related to these results. Factors which may be relevant include: variation between level of position and level of officer, punctuality, maturity, general attitude and personal qualities.

Evaluez le rendement de l'agent tout au long de la période dont le présent rapport fait l'objet en vous fondant sur les résultats obtenus par rapport au but et aux objectifs fixés. Les observations doivent se limiter aux facteurs qui ont influé directement sur le fait que l'agent a atteint ou dépassé, ou n'a pas atteint les résultats attendus et être formulées en fonction de ces mêmes résultats. Parmi les facteurs pertinents considérez notamment: l'écart entre le niveau du poste et le niveau de l'agent, la ponctualité, la maturité, l'attitude de l'agent en général et ses autres qualités.

In response to hundreds of sourcing enquiries from territory firms, Mr. Ellenbogen provided **MI/I** from industry sources, WIN system, CORPTECH, IBOC Team, & other resources. The Atlantic Canada World Trade Centre attributed a security products success to timely **information** provided by Mr. Ellenbogen. He submitted numerous mid-Atlantic sales opportunities to CanadExport.

Mr. Ellenbogen conducted with senior FDA officials, a **business advocacy & counselling** mission to Cda to educate 200 Cdn exporters of In-Vitro Products & Medical Devices on U.S. regulatory, product design & marketing conditions. Visits to Montreal, Toronto & Vancouver were all highly successful. Cdn company reps remarked that for a Cdn $75 participation fee, they received export education worth several thousand dollars.

Mr. Ellenbogen played a key role in the **organization** of several successful **promotional events** such as the Bio'96 Biotechnology Trade Show and Conference in Philadelphia (3,000 Bio industry participants). The Embassy sponsored a trade reception to coincide with the TV Ontario Video-Conference on the Human Genome project. He **organized** the "Doing Business in the Canadian Biotechnology Industry" seminar at the Cdn Embassy. The theme of promoting low Cdn R&D costs attracted over 85 high level Biotech players to the seminar. High profile speakers were recruited from Aird & Berlis, Mt. Sinai's Samuel Lunenfeld Research Institute, Ernst & Young, & major Bio companies - this event advanced Cda's reputation as a burgeoning location for Bio research & product development. In **organizing** the Cdn stand at the Harrisburg Agriculture Show, Mr. Ellenbogen recruited companies, planned the exhibit & secured 100% exhibitor funding. With Biomira of Edmonton, Mr. Ellenbogen **organized** an Ambassador-hosted reception at which Biomira announced both its acquisition of Onco Therapeutics & the approval of the TRUQUANT In-Vitro test cancer test kit - the Ambassador's keen interest in this program enhanced impact of the event & greatly raised the profile of Biomira before a high-level audience of biomed R&D players including the National Institutes of Health and major pharmaceutical firms. In **organizing** a Surety Association of Canada event at the Embassy, he gave the Cdn association a venue which raised its U.S. profile.

Mr. Ellenbogen provided submissions to the 1997/98 central **planning** document, Cda's International Business Strategy (CIBS) in his key areas of advanced technology industries, biotech/medical/healthcare, and construction. He participated in a commercial officer construction sector planning sesssion in Chicago.

Mr. Ellenbogen represented the Embassy in a number of **outreach** initiatives including Embassy Day in Baltimore, the Northern Virginia Trade & Investment Show in McLean, The Mid-Atlantic Ventures Fair (MAVA) in Baltimore, & the Philadelphia Warwick outreach business briefing and reception. He assisted the Program Manager on **outcalls** including meetings with Triple Five/Ghermezian group on the American Dream mega-mall project in Silver Springs. Mr. Ellenbogen **managed** a contract employee undertaking the Maximizer System conversion project under which some 700 agent/distributor company records were transferred to the WIN system. Mr. Ellenbogen arranged for much of the Unit's financial contracting, consulting closely with Finance on contractual procedures to ensure full compliance with requirements. He also **managed** the activities of the LES in relation to his program activities.

**PART / PARTIE 4:**   TRAINING AND DEVELOPMENT / FORMATION ET PERFECTIONNEMENT

| A   RECENT EDUCATION AND TRAINING (including language training) (To be completed by officer being rated) | | RÉCENTES ÉTUDES ET FORMATION (y compris la formation linguistique) (Devra être rempli par l'agent noté) | |
|---|---|---|---|
| Indicate any courses attended and qualifications acquired during past year. | | Indiquez tous cours suivis et compétences acquises au cours de l'année écoulée. | |
| Course / Cours | Duration / Durée | Institution Maison d'enseignement | Certification / Diplôme |
| | | | |
| | | | |
| | | | |

COMMENTS (if any explanation necessary) / COMMENTAIRES (si nécessaire)

**B   DEVELOPMENT PLAN (to be completed by supervisor)**

Indicate training recommended to enchance officer's development and / or performance in his present job.

**PROGRAMME DE PERFECTIONNEMENT (à être rempli par le surveillant)**

Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et / ou rendement de l'agent dans ses fonctions actuelles.

Recommend a business writing course for enhancement of business letters, faxes and E-mail communications.

**PART / PARTIE 5:   CERTIFICATION AND COMMENTS / ATTESTATIONS ET OBSERVATIONS**

The foregoing is an objective appraisal of this officer for the period under review. / Ce qui précède est une appréciation objective de l'agent en question pour la période à l'étude.

_30 Aug 96_
Date

_RJ Ruther (sr)_
Supervisor's signature / Signature du surveillant

Reviewing officer's comments / Observations de l'agent de révision

_August 30/96_
Date

_[signature]_
Reviewing officer's signature / Signature de l'agent de révision

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so. / J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.

Comments attached
Observations fournies en annexe

| Yes | No |
|-----|-----|
| Oui | Non |

_Sept 3, 1996_
Date

_[signature]_
Signature of officer rated / Signature de l'agent noté

Department of Foreign Affairs    Ministè     s Affaires étrangères
and International Trade          et du Commerce international

PROTECTED B (when completed)
PROTÉGÉ B (lorsque rempli)

## LOCALLY-ENGAGED OFFICER APPRAISAL REPORT
## RAPPORT D'APPRÉCIATION DES AGENTS RECRUTÉS SUR PLACE

| Date of report Date du rapport | **2000-02-28** | **Purpose of Report / Motif du rapport:** | |
|---|---|---|---|
| Period covered / Période de l'évaluation From / De    To / À | | ○ Annual Annuel    ○ Change of supervisor Changement de surveillant | |
| **1998-08-01    1999-07-31** | | ○ Other (Specify) Autre (Précisez) | |

### PART 1: BASIC DATA    PARTIE 1 : DONNÉES DE BASE

| Officer's full name / Nom complet de l'agent | Date of appointment to Canadian Government Date d'entrée au Gouvernement du Canada | Position No. / N° du poste |
|---|---|---|
| **Manuel Ellenbogen** | | **Ext 2060x** |

| Level of position / Niveau du poste | Officer present level Niveau actuel de l'agent | Date appointed to present level / Date de nomination au présent niveau |
|---|---|---|
| **LE-9** | **LE-9** | |

| SUPERVISOR / SURVEILLANT | REVIEWING OFFICER (if appropriate) (i.e. Head of Mission, Div. etc.) AGENT DE RÉVISION (si approprié) (c.-à-d. Chef de Mission, Direction, etc.) |
|---|---|
| Name / Nom | Name / Nom |
| **Gregory Rust** | **Astrid Pregel** |
| Level and title / Niveau et titre | Level and title / Niveau et titre |
| **FS-2, First Secretary (Commercial)** | **EX-2 (FS), Minister Counsellor** |
| Length of time as employee's supervisor / Surveillant de l'employé depuis | Length of time as employee's reviewing officer Agent de révision de l'employé depuis |
| **1 year** | **3 years** |

### PART 2: DESCRIPTION OF RESPONSIBILITIES    PARTIE 2 : DESCRIPTION DES RESPONSABILITÉS
(To be completed by supervisor)    (À être rempli par le surveillant)

Provide a brief description of the officer's major responsibilities or requirements of the job including the percentage of time spent on each.

Donnez une brève description des principales responsabilités ou exigences du poste de l'agent ainsi que le pourcentage de temps consacré à chacune.

Under the direction of the Commercial Counsellor, the officer is responsible for developing export markets and promoting Canadian Biotechnology, Medical, Pharmaceutical, Telecommunications, Industrial and Agricultural commodities as well as related equipment and services in the post territory of Delaware, eastern Pennsylvania, Maryland , Washington, D.C. and Virginia by:

1. directly supporting the export marketing efforts of Canadian business, federal and provincial governments and trade associations (40%);

2. recommending, implementing and evaluating promotional programs to develop export opportunities for Canadian manufacturers or Canadian investment opportunities for U.S. investors (15%);

3. studying and analyzing regional distribution systems and market trends to increase market share for Canadian products (20%);

4. establishing and maintaining effective PMI-consistent support systems to facilitate program objectives (25%).

PROTECTED B (when completed)
PROTÉGÉ B (lorsque rempli)

| PART 3: PERFORMANCE REVIEW | PARTIE 3 : APPRÉCIATION DU RENDEMENT |

**A  Assessment of knowledge, abilities and effectiveness**

Evaluate the officer with respect to the following factors by clicking or inserting a checkmark in the appropriate column.

The "Not applicable" rating should be used in instances where the factors listed below are not relevant to the work the officer is performing.

**A  Évaluation des connaissances, des aptitudes et du rendement**

Évaluez l'agent par rapport à chacun des articles suivants en cliquant ou cochant dans la colonne appropriée.

La cote "ne s'applique pas" ne doit être utilisée que si les facteurs énumérés ne correspondent pas au travail exécuté par l'agent.

1. Not applicable
   Ne s'applique pas
2. Unsatisfactory
   Insatisfaisant
3. Satisfactory
   Satisfaisant
4. Fully satisfactory
   Entièrement satisfaisant
5. Superior
   Supérieur
6. Outstanding
   Remarquable

| | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE CONNAISSANCES | Mission practices, procedures and standards relevant to employee's duties. Pratiques, méthodes et normes de la mission se rapportant aux fonctions de l'employé. | ○ | ○ | ⊗ | ○ | ○ | ○ |
| ANALYSING APTITUDE À ANALYSER | Assessing information, problems or situations in relation to officer's duties or to special projects. Des renseignements, des problèmes ou des situations se rapportant à ses fonctions ou à des projets spéciaux. | ○ | ○ | ○ | ⊗ | ○ | ○ |
| PLANNING APTITUDE À PLANIFIER | Own work or the work of others, deciding on priorities. Son propre travail ou le travail des autres, sachant déterminer les priorités. | ○ | ○ | ⊗ | ○ | ○ | ○ |
| ORGANIZING APTITUDE À ORGANISER | Implementing instructions and schedules in order to meet objectives and deadlines. En respectant les instructions et les calendriers pour atteindre les objectifs et les échéances. | ○ | ○ | ○ | ⊗ | ○ | ○ |
| CONTROLLING APTITUDE À CONTRÔLER | Ensuring that schedules are maintained, approved procedures followed and objectives and deadlines met. En assurant l'application des calendriers et des méthodes approuvées et le respect des objectifs et des échéances | ○ | ○ | ⊗ | ○ | ○ | ○ |
| COMMUNICATING APTITUDE À COMMUNIQUER | Orally / De vive voix In writing / Par écrit | ○ | ○ | ⊗ | ○ | ○ | ○ |
| SUPERVISING APTITUDE À SURVEILLER | Allocating work and manpower resources; motivating, training and providing advice and guidance to subordinate staff. En répartissant le travail et les ressources en main-d'oeuvre; et en sachant motiver, former, conseiller et orienter les employés subalternes. | ○ | ○ | ⊗ | ○ | ○ | ○ |
| EFFECTIVENESS RENDEMENT | - Adaptability / Faculté d'adaptation | ○ | ○ | ○ | ⊗ | ○ | ○ |
| | - Co-operation / Collaboration | ○ | ○ | ○ | ⊗ | ○ | ○ |
| | - Dependability / Fiabilité | ○ | ○ | ○ | ⊗ | ○ | ○ |
| | - Industriousness / Application au travail | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Initiative / Initiative | ○ | ○ | ○ | ⊗ | ○ | ○ |
| | - Interpersonal relations / Relations interpersonnelles | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Judgement / Jugement | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Mental alertness / Vivacité d'esprit | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Performance under pressure / Rendement sous tension | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Professional and social relations / Relations professionnelles et sociales | ○ | ○ | ⊗ | ○ | ○ | ○ |
| | - Tactfulness / Tact | ○ | ○ | ○ | ⊗ | ○ | ○ |
| | - Quality of work / Qualité du travail | ○ | ○ | ⊗ | ○ | ○ | ○ |

PROTECTED B (when completed)
PROTÉGÉ B (lorsque rempli)

**B  Narrative Assessment**

Evaluate the officer's performance throughout the period covered in this report based on the results achieved in relation to established goals and objectives. Comments are to be restricted to those factors that directly influenced the officer's meeting, exceeding or failing to meet the results expected and should be related to these results. Factors that may be relevant include: variation between level of position and level of officer, punctuality, maturity, general attitude and personal qualities.

**B  Évaluation narrative**

Évaluez le rendement de l'agent tout au long de la période dont le présent rapport fait l'objet en vous fondant sur les résultats obtenus par rapport au but et aux objectifs fixés. Les observations doivent se limiter aux facteurs qui ont influé directement sur le fait que l'agent a atteint ou dépassé, ou n'a pas atteint les résultats attendus et être formulées en fonction de ces mêmes résultats. Parmi les facteurs pertinents, considérez notamment : l'écart entre le niveau du poste et le niveau de l'agent, la ponctualité, la maturité, l'attitude de l'agent en général et ses autres qualités.

Manuel openly receives guidance and instruction, making him a valuable resource for management when faced with having to respond to a wide variety of atypical tasks because of the Embassy's visibility and stature in the capital city of the last superpower, which happens to be Cda's largest trading partner.

During the period under review, his talents were used to service requests that ranged from mtg with a Cdn company (on the request of O/MINT) that flew into DC to meet with a delegation of Guatemalan officials (who themselves were passing through DC), to responding to requests from other embassies in the area that service their Cdn commercial interests from DC (e.g., the Emb. of Bosnia is accredited to Cda but has no physical business develop. representation in Ottawa). In all cases, Manuel was able to adapt to the nature of the request, quickly respond, all the while ensuring that Cdn interests were met. In the Guatemala case, his single-handed facilitation of a mtg between Parties resulted in the Cdn company securing a multi-million dollar contract to provide homes to the Guatemalan gov't.

The WSHDC region has several strong business sectors. One of the stronger ones, biotechnology, is Manuel's. Accordingly, he continued to develop new and innovative concepts to raise awareness of Cdn bio strengths, primarily in Maryland. He identified, contacted and worked with a journalist to create an up-to-date and readable summary of Cdn biotech capabilities. The story was later used to raise awareness with local bio partners. For Cdn companies not aware of DFAIT's regional breakdown viz. other Cdn Consulates in the US, the Embassy's trade section is the first point of contact for many seeking export assistance, and as such, the section receives dozens of letters, faxes and e-mails every week, the bulk being in Manuel's sectors. In timely fashion, he either re-directs firms to appropriate trade offices, or succinctly prepares a PMI-consistent reply.

Through a calm and even temperament, using humour constructively, Manuel contributes well in staff mtgs on topics of mutual interest to all (WINOnline), and freely shares his best practice experiences so others can benefit (Internet research tools). For new business ideas, Manuel appropriately consults management on the merits of specific concepts to avoid conveying to others unrealistic promises. On specific projects, Manuel is very dependable and displays a strong personal commitment to successful completion. Even as he became ill, Manuel continued to keep in touch with organizers of a partnering initiative, a Penn. utility, to ensure that the effort held in Toronto, and supported by the ITC, was successful, which it was. As Manuel becomes more familiar with various investment tools, and more comfortable in delivering Cda's investment message, he shows great potential to pro-actively reach out to the US business community. In this regard, Manuel is capable of engaging a larger number of US firms.

## PART 4: TRAINING AND DEVELOPMENT     PARTIE 4 : FORMATION ET PERFECTIONNEMENT

**A  Recent education and training (including language training)**
(To be completed by officer being rated)

**A  Récentes études et formation (y compris la formation linguistique)**
(Devra être rempli par l'agent noté)

Indicate any courses attended and qualifications acquired during past year.

Indiquez tout cours suivi et toute compétence acquise au cours de l'année écoulée.

| Course / Cours | Duration / Durée | Institution Maison d'enseignement | Certification / Diplôme |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

COMMENTS (if any explation necessary) / COMMENTAIRES (si nécessaire)

PROTECTED B (when completed)
PROTÉGÉ B (lorsque rempli)

**B   Development plan (to be completed by supervisor)**

Indicate training recommended to enchance officer's development and/or performance in his/her present job.

**B   Programme de perfectionnement (à être rempli par le surveillant)**

Indiquez le genre de formation que vous recommandez pour accentuer le perfectionnement et/ou rendement de l'agent dans ses fonctions actuelles.

In order to keep abreast of the latest investment development tools, techniques and networks, Manuel should take a refresher investment training course.

---

**PART 5: CERTIFICATION AND COMMENTS**

**PARTIE 5 :  ATTESTATION ET OBSERVATIONS**

The foregoing is an objective appraisal of this officer for the period under review.

Ce qui précède est une appréciation objective de l'agent en question pour la période à l'étude.

19-5-00
_____
Date

_____
Supervisor's signature / Signature du surveillant

Reviewing officer's comments

Observations de l'agent de révision

_____
Date

_____
Reviewing officer's signature / Signature de l'agent de révision

I have been given the opportunity to read and discuss this report and am aware that I may attach comments concerning any aspect of the report should I wish to do so.

J'ai eu l'occasion de lire le présent rapport et d'en discuter et je sais que je peux, si je le désire, ajouter mes observations sur tous les points de l'appréciation qu'il renferme.

Comments attached
Observations fournies en annexe    ◯ Yes / Oui    ◯ No / Non

_____
Date

_____
Signature of officer rated / Signature de l'agent noté



𝔊𝔞𝔫𝔞𝔡𝔦𝔞𝔫 𝔈𝔪𝔟𝔞𝔰𝔰𝔶                          𝔄𝔪𝔟𝔞𝔰𝔰𝔞𝔡𝔢 𝔡𝔲 𝔊𝔞𝔫𝔞𝔡𝔞

501 Pennsylvania Ave., N.W.
Washington, D.C. 20001-2114

February 19, 2002

To Whom It May Concern:

This is to certify that Manuel Ellenbogen received gross wages of $77,910.82 U.S. from the Canadian Embassy, Washington during the calendar year 2001.

Employee deductions include:

| | |
|---|---|
| U.S. Life Insurance | $67.64 |
| U.S. Health Insurance | $2,556.92 |
| Long Term Disability Insurance | $ 73.12 |

Enquiries should be directed to the pay office of the Canadian Embassy, telephone (202) 682-1740.

Sincerely yours,

Pierre Bonneville
Financial Management Officer



𝕮𝖆𝖓𝖆𝖉𝖎𝖆𝖓 𝕰𝖒𝖇𝖆𝖘𝖘𝖞                              𝕬𝖒𝖇𝖆𝖘𝖘𝖆𝖉𝖊 𝖉𝖚 𝕮𝖆𝖓𝖆𝖉𝖆

501 Pennsylvania Ave., N.W.
Washington, D.C. 20001-2114

February 18, 2003

To Whom It May Concern:

     This is to certify that Manuel Ellenbogen received gross wages of $82,933.94 U.S. from the Canadian Embassy, Washington during the calendar year 2002.

     Employee deductions include:

| | |
|---|---|
| U.S. Life Insurance | $48.16 |
| U.S. Health Insurance | $3,208.56 |
| Long Term Disability Insurance | $ 63.48 |

     Enquiries should be directed to the pay office of the Canadian Embassy, telephone (202) 682-1740.

Sincerely yours,

John Leduc
Financial Management Officer

**Canadian Embassy**        **Ambassade du Canada**

501 Pennsylvania Ave., N.W.
Washington, D.C. 20001-2114

February 24, 2004

To Whom It May Concern:

This is to certify that Manuel Ellenbogen received gross wages of $67,624.25 U.S. from the Canadian Embassy, Washington during the calendar year 2003.

Employee deductions include:

| | |
|---|---|
| U.S. Life Insurance | $31.93 |
| U.S. Health Insurance | $2,314.79 |
| Long Term Disability Insurance | $ 44.43 |

Enquiries should be directed to the pay office of the Canadian Embassy, telephone (202) 682-1740.

Sincerely yours,

John Leduc
Financial Management Officer