UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen,

        Plaintiff                      Civil Action No. 05-01553 (JDB)

V.

The Canadian Embassy,

        Defendant

## RESPONSE TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby submits its Response to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

### I. INTRODUCTION

Plaintiff properly filed a Complaint against the Defendant with the United States District Court for the District of Columbia, on August 2, 2005 for employment discrimination under 29 U.S.C. Section 621 et seq. Service was proper under the laws of the United States of America.

## II. ARGUMENT

At the very beginning and in subsequent motions, Plaintiff submitted irrefutable evidence that his employment with the Defendant was a "commercial activity." The Foreign Sovereign Immunities Act ("FSIA") has a specific exemption for "commercial activities." Under the FSIA, a foreign state is not immune if the plaintiff's cause of action is based upon a commercial activity carried on by a foreign state. In choosing to terminate the Plaintiff, the Defendant was acting as any other employer in the United States, devoid of diplomatic immunity.

Furthermore, prior to filing the complaint, in an effort to find relief Plaintiff sought relief from the Canadian Human Rights Commission. The Plaintiff explained his situation to the Commission and the Commission responded by stating that they have no jurisdiction to resolve this issue and that Plaintiff should contact the "U.S. Equal Employment Opportunity Commission" because that is where an American employed by the Canadian Embassy in the United States should seek relief. See Exhibit A. Plaintiff did as he was told and went to the Equal Employment Opportunity Commission ("EEOC") and the Defendant refused to cooperate under the pretense of diplomatic immunity and the EEOC dismissed the case with the right to sue.

Invoking diplomatic immunity once more, the Defendant is again attempting to evade their responsibility under the laws of the United States. Under what jurisdiction will the Defendant ever accept responsibility for their actions?

### III. CONCLUSION

The Plaintiff requests that this Honorable Court rule in its favor based on the totality of the evidence before it.

Respectfully submitted,

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422
(215) 646-4517
ellenbmp@comcast.net

Exhibit A

## manuel's e-mail

**From:** INFO COM [INFO.COM@chrc-ccdp.ca]
**Sent:** Wednesday, January 21, 2004 11:48 AM
**To:** ellenbmp@comcast.net
**Subject:** Re: Case to be reviewed...

Thank you for your e-mail of January 20, 2004, sent to our info.com address.

I regret to inform you that the Canadian Human Rights Commission is not able to provide you with the help you are seeking. Our enabling legislation, the Canadian Human Rights Act, empowers the Commission to investigate allegations of discrimination in employment and in the provision of services in federal areas on eleven prohibited grounds of discrimination, if " ... the act or omission that constitutes the practice ... (a) occurred in Canada and the victim of the practice was at the time of the act or omission either lawfully present in Canada or, if temporarily absent from Canada, entitled to return to Canada; ... (c) occurred outside Canada and the victim of the practice was at the time of the act or omission a Canadian citizen or an individual lawfully admitted to Canada for permanent residence."

I would suggest that you contact the U.S. Equal Employment Opportunity Commission, which may be the most appropriate agency to deal with the issues you raise. For your information, here are their coordinates:

Postal address: 1801 L Street, N.W., Washington, D.C. 20507
Tel (202) 663-4900
TTY (202) 663-4494
Website: www.eeoc.gov

I hope the above information is helpful and I wish you success in resolving your concerns. Thank you again for writing.

Communications
Human Rights Promotion Branch / Direction de la promotion des droits de la personne
Tel/Tél 1-888-214-1090  |  TTY/ATS 1-888-643-3304  |  Fax/Téléc (613) 995-2389
info.com@chrc-ccdp.ca  |  www.chrc-ccdp.ca Canadian Human Rights Commission | 344 Slater Street, Ottawa ON  K1A 1E1 Commission canadienne des droits de la personne | 344 rue Slater, Ottawa (Ontario)  K1A 1E1 Government of Canada | Gouvernement du Canada


>>> "manuel's e-mail" <ellenbmp@comcast.net> 01/20 11:14 AM >>>

Gentlemen,

I am Manuel Matthew Ellenbogen, an American Citizen living in America who for the last 17 years and some was employed by the Canadian Government in Washington DC. I believe that at some point I was subjected to harassment with the intent to dismiss, disability and age discrimination.

Considering these three factors, American, living in America, employed by Canada in America, would your Commission entertain the possibility in looking into an eventual complaint filled by me in Canada.

I would appreciate you addressing this initial issue and informing me of your findings.

Sincerely yours,

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422 USA
Telephone:   215-646-4517
Cell. 610-247-6088
E-mail       ellenbmp@comcast.net

1

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen hereby certify that on Monday, November 1st, 2005 I will cause a copy of the Petitioner's response to the Defendant's Opposition to Plaintiff's Motion For Summary Judgment to be served via certified first-class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N. W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

David Stewart, U.S. Department of State, 2201 C Street N.W. Washington DC 20520

Marie Tomasso, EEOC Philadelphia District Office, 21 South Fifth Street, Suite 400, Philadelphia, PA 19106

Manuel M Ellenbogen
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517