UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL ELLENBOGEN,

    Plaintiff,

    v.

THE CANADIAN EMBASSY,

    Defendant.

Civil Action No. 05-01553(JDB)

**ORDER**

Upon consideration of defendant's motion to dismiss and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that this case is dismissed without prejudice.

/s/
JOHN D. BATES
United States District Judge

Dated:   November 9, 2005

Copies to:

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
Email: ellenbmp@comcast.net
    *Pro se*

Robert G. Ames
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Email: rgames@venable.com
    *Counsel for defendant*