UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen,

      Plaintiff,

                                    Civil Action No. 1:05CV01553 (JDB)

V.

The Canadian Embassy,

      Defendant.


### ADDITIONAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S CLAIM

The Canadian Embassy's website (June, 2005) posted two openings for a Business Development Officer. The positions were available at the *Canadian Consulate in Philadelphia, PA* (where I was originally hired in January 1986).

The summary of duties almost identically mirror my former position both in Philadelphia, PA and Washington DC. They provide a clear indication of a position with Commercial activity, a position which is within the FSIA exemption to diplomatic immunity. ( see exhibit A)

On June 12, 2005 the Plaintiff wrote a letter to the Honorable Frank McKenna, Canadian Ambassador to the United States congratulating him for the recent appointment as Canadian Representative to the United States and requesting the Ambassador's assistance in the Plaintiff

RECEIVED

NOV 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reinstatement to his position. (See exhibit B)

On June 23rd, 2005 the Plaintiff received a call from the Ambassador's Executive Secretary responding to the Plaintiff's letter and advising that while the Ambassador does not get involved in hiring matters "I am free to apply for the position.???" The Ambassador's Executive Secretary also indicated that the Plaintiff's request for reinstatement will be forwarded to the Human Relations Department.

The Plaintiff faxed and mailed (with return receipt) a copy of the letter addressed to the

Ambassador to the Canadian Consul in Philadelphia, PA (see exhibit C)

Plaintiff received no reply to his job solicitations.

CONCLUSION

The attached summary of duties descriptions demonstrates once more that the activity of Business Development Officer is of a commercial nature and therefore exempt from the FSIA. The applications for reinstatement were after the Plaintiff requested assistance in his dismissal case from the U.S. EEOC and the Canadian Human Relations Commission and before the Plaintiff's Complaint was filed with this Honorable Court.

The failure of the Defendant to respond to Plaintiff's new job application is an example of retaliatory action for filling a complaint with the aforementioned authorities and/or could be a

continuation of the age discrimination process that triggered this Complaint.

The Plaintiff would greatly appreciate having this additional documentation entered into

consideration when ruling on Plaintiff's complaint.

Respectfully submitted,

Manuel M. Ellenbogen
Pro Se Plaintiff
215-646-4517
ellenbmp@comcast.net

# EXHIBIT A




Government of Canada    Gouvernement du Canada    Canada

Français    Contact Us    Help    Search    Canada Site
Home        Media Room            Department Home
What's New  Canada-U.S. Relations Web Sites

**CANADIAN EMBASSY Washington, D.C.**

The Ambassador

Our Services

Information Centre

Passport and Consular/Emergency Services for Canadians

Visas and Immigration

Doing Business in the U.S.

Invest in Canada

Trade and the Economy

Government and Politics

Border Cooperation

Defence, Security and Foreign Policy

Our Shared Environment

Arts, Culture and Society

Study in Canada/Canadian Studies

Tourism in Canada

Canadian Government Offices in the United States

Working at the Embassy

Internship Program

Sign up for E-subscriptions

# JOB OPENING

**POSITION TITLE:** Business Development Officer
**LOCATION:** Canadian Consul, Philadelphia U.S.A.
**POSITION NUMBERS:** Two positions (numbers to be announced)
**LEVEL:** LE-09
**SALARY:** $62,400 USD plus benefits (under review)
**COMPETITION NO.:** Philadelphia 01/05
**DATE POSTED:** June 7, 2005
**CLOSING DATE:** June 21, 2005

**OPEN TO:** Candidates whose applications are received by the closing date, who meet all of the essential requirements stated below, who reside in the Philadelphia Metropolitan area and who have valid work authorization for the USA.

**PERIOD OF EMPLOYMENT:** Term Position to March 31, 2008 (possibility for renewal)

**SUMMARY OF DUTIES:**

Under the general direction of the Consul & Senior Trade Commissioner at the Canadian Consulate in Philadelphia, determines, advises and recommends on Mission trade and investment objectives; identifies areas where Canadian exports can be increased and establishes goals to protect and expand Canadian exports and US investments in Canada; develops, implements and controls activities, marketing programs, missions, trade shows, promotions and the needed budgets, and contributes to long term market planning in order to exploit the export potential for Canadian goods and services; prepares regular and ad hoc market intelligence and information reports for Canadian clients; establishes effective communication and a continuing liaison with local and Canadian business people and government officials; provides advice and guidance, and prepares replies to enquiries from Canadian firms, local importers and/or Canadian or U.S. governments at federal, provincial/state or municipal sources which may be outside traditional Mission trade promotion programs and plans; provides frequent, regular and ad hoc market intelligence and information on the assigned sector(s); maintains a comprehensive computerized database of contacts and notes on contacts with these individuals as well as tracks services provided to these contacts through Departmental database; performs other duties and services such as researching, drafting, preparing reports, presentations, speeches and/or replies to correspondence and callers as required.

**ESSENTIAL REQUIREMENTS:**

A. Bachelor's degree from an accredited University or a discipline related to the job requirements;
B. A minimum of 5 years relevant work experience, including private sector

business development;
C. Fluency in English;
D. Eligibility for Canadian Government Reliability Status (RS) security clearance;

**RATED QUALIFICATIONS::**

KNOWLEDGE:

A. Knowledge of the Mid-Atlantic region's business and investment environment;
B. Knowledge of individual corporations, especially major companies, based in the area, including an established network of contacts;
C. Knowledge of Canada: Canadian economy and investment climate, business and export capability, client issues and concerns;
D. Knowledge of international marketing and how business operates.

ABILITIES:

A. To use information management tools such as standard office suite applications (e.g. word processing, internet, e-mail and database);
B. *To demonstrate presentation skills and oral communications skills;*
C. To exercise exceptional business writing skills;
D. To demonstrate skill in research and analysis;
E. To build and maintain networks and alliances.

PERSONAL SUITABILITY:

A. Good judgement;
B. Adaptability;
C. Initiative;
D. Effective interpersonal skills
E. Able to effectively work as part of a team, with participants on-site and at other offices;

**DESIRABLE QUALIFICATIONS:**

A. Fluency in French;

**SELECTION PROCEDURE:**

A board will be formed to conduct interviews of qualified applicants and, if required, to oversee the administration of appropriate tests. The interview will consist of a series of questions designed to evaluate each applicant's knowledge, abilities, competencies and personal suitability for the position. Those applicants who qualify for an interview will be advised of the date and time by Personnel Section.

NOTE: Applicants must possess a valid residence permit or work visa. For Canadian citizens applying for this position, as a condition of employment you will need to be eligible for an A-2 Visa.

**METHOD OF APPLICATION:**

**Written applications** should be sent to the Consulate of Canada, 1500 John F. Kennedy Blvd, Two Penn Center, Suite 200, Philadelphia, PA 19102 by the closing date. *In completing their applications, candidates should confirm that they meet all the essential qualifications and take care to relate their work experience to the summary of duties above. Job descriptions will be available to candidates contacted for an interview. Interested candidates are also welcomed and encouraged to seek additional information on the work of the International Business Development*

Section at our website at www.infoexport.gc.ca, as well as reviewing www.canadianembassy.org and www.investincanada.gc.ca.

**HOURS OF WORK::**

Normal hours of work for this position are in accordance with the LES regulations of 37.5 hours per week.

*Intended for local audience; produced only in English.*



Last Updated: 6/7/2005

Top of Page

Important Notices

# EXHIBIT B

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
June 12, 2005

The Honorable Frank McKenna
Canadian Ambassador To The United States
Canadian Embassy
501 Pennsylvania Avenue NW
Washington DC 20001

Dear Mr. McKenna,

First allow me to be among the many people congratulating you on your appointment as the Canadian Ambassador to the United States.

I was a Business Development Officer at the Canadian Embassy-Washington DC since 1987 when the Canadian Consulate General in Philadelphia closed. I was the only LES transferred to Washington DC to assist with and continue the commercial activities at this new location. For a period of about one year beginning in August/September 2002 and culminating with my dismissal on August 29, 2003 I was subjected to a long series of responsibilities reductions, harassment and to some extent emotional distress.

From my friends and former colleagues at the Embassy I become privy to your interest in promoting increased job satisfaction for the LES. In your unique meeting with the LES at the Embassy, meeting that I dare to nick name it "The Spring Revolution" you promised to fix things and from what I am told your intentions are giving signs of progress. Again one of my former colleagues wrote and I quote "we like him and we love him!"

I am writing to you hoping to benefit and be part of this spirit of betterment.

It is true that before, during and after my 17 years of service with the Canadian Commercial Service I managed to add many years to my collection of anniversaries.

I would like once more to be allowed and given the opportunity to join the Canadian Commercial Service at the recently opened Philadelphia Consulate. I realize that my request is not being addressed in the classical context of a job application. My case is not a conventional one, and in order to be able to rejoin the service, I am taking the liberty to solicit your intervention.

In the case you may want to find some things about what transpired in my case you may wish to call on Terry Colli (the Gray Eminence) and/or Paul Bailey ( a Canadian as Canadians usually are) and/or even Ms. Gloria Cossette former Human Relations Manager in Washington, now in Ottawa. From some of my Canadian customers you may want to check with Dr. William Hunter President and CEO of Angiotech in Vancouver.

Mr. Ambassador, I thank you for taking the time to read my letter and I sincerely hope that you will make an effort to redress a situation long overdue.

Please accept my best and sincere wishes for a successful representation of the Canadian interests in the United States.

                                                Sincerely yours,

                                                **Manuel M. Ellenbogen**
                                                ellenbmp@comcast.net
                                                215-646-4517
                                                610-247-6988

# EXHIBIT C

Manuel M. Ellenbogen<br>
546 White Oak Road<br>
Blue Bell, PA 19422<br>
June 23, 2005

Mr. David Weiner
Consulate of Canada
Two Penn Center, Suite 200
Philadelphia, PA 19102

Communication sent via fax to 215-569-0311

Re: Business Development Officer - Openings at the Canadian Philadelphia Consulate.

Dear David,

By Certified U.S. Postal Service I mailed you a copy of the letter addressed to Mr. Frank McKenna the Canadian Ambassador to the United States, letter in which I am requesting to be considered for one of the two positions currently open at the Philadelphia Canadian Consulate.

I trust my communication will find you and your family in the beast of health and enjoying the nice Summer days in Philadelphia.

The purpose of this fax is to make sure that my letter to the Ambassador requesting consideration for the position gets in your hands,

Best regards,<br>
<br>
Manuel M Ellenbogen

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.67   06/23/2005 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 0390 0006 1576 7729

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
June 23, 2005

Consulate of Canada,

1500 John F. Kennedy Blvd,

Two Penn Center, Suite 200,

Philadelphia, PA 19102


Dear David,

On June 12, 2005 I wrote to the Ambassador Frank McKenna requesting his assistance in securing one of the two positions currently open at your post.

I wrote the Ambassador in an effort to avoid putting you and possibly others in the difficult position of having to respond to my request. This morning I received a telephone call from Christine Hanson the Ambassador's Executive Secretary indicating that the Ambassador does not get involved in these matters... and that I am "free" to apply for the position.

I am aware of this "freedom" and in this spirit I am enclosing a copy of the letter that I initially addressed to the Ambassador for any possible consideration.

Please accept my best regards,


Manuel

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
June 12, 2005

The Honorable Frank McKenna
Canadian Ambassador To The United States
Canadian Embassy
501 Pennsylvania Avenue NW
Washington DC 20001

Dear Mr. McKenna,

First allow me to be among the many people congratulating you on your appointment as the Canadian Ambassador to the United States.

I was a Business Development Officer at the Canadian Embassy-Washington DC since 1987 when the Canadian Consulate General in Philadelphia closed. I was the only LES transferred to Washington DC to assist with and continue the commercial activities at this new location.
For a period of about one year beginning in August/September 2002 and culminating with my dismissal on August 29, 2003 I was subjected to a long series of responsibilities reductions, harassment and to some extent emotional distress.

From my friends and former colleagues at the Embassy I become privy to your interest in promoting increased job satisfaction for the LES. In your unique meeting with the LES at the Embassy, meeting that I dare to nick name it "The Spring Revolution" you promised to fix things and from what I am told your intentions are giving signs of progress. Again one of my former colleagues wrote and I quote "we like him and we love him!"

I am writing to you hoping to benefit and be part of this spirit of betterment.

It is true that before, during and after my 17 years of service with the Canadian Commercial Service I managed to add many years to my collection of anniversaries.

I would like once more to be allowed and given the opportunity to join the Canadian Commercial Service at the recently opened Philadelphia Consulate. I realize that my request is not being addressed in the classical context of a job application. My case is not a conventional one, and in order to be able to rejoin the service, I am taking the liberty to solicit your intervention.

In the case you may want to find some things about what transpired in my case you may wish to call on Terry Colli (the Gray Eminence) and/or Paul Bailey ( a Canadian as Canadians usually are) and/or even Ms. Gloria Cossette former Human Relations Manager in Washington, now back in Ottawa. From some of my Canadian customers you may want to check with Dr. William Hunter President and CEO of Angiotech in Vancouver.

Mr. Ambassador, I thank you for taking the time to read my letter and I sincerely hope that you will make an effort to redress a situation long overdue.

Please accept my best and sincere wishes for a successful representation of the Canadian interests in the United States.

Sincerely yours,

Manuel M. Ellenbogen
ellenbmp@comcast.net
215-646-4517
610-247-6988

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen hereby certify that on Monday, November 14th, 2005 I will cause a copy of the Petitioner's additional documents in support of Plaintiff's Claim, to be served via certified first-class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N. W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

David Stewart, U.S. Department of State, 2201 C Street N.W. Washington DC 20520

Marie Tomasso, EEOC Philadelphia District Office, 21 South Fifth Street, Suite 400, Philadelphia, PA 19106

Manuel M Ellenbogen
Pro Se plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen hereby certify that on Monday, November 14th, 2005 I will cause a copy of the Petitioner's additional documents in support of Plaintiff's Claim, to be served via certified first-class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N. W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

David Stewart, U.S. Department of State, 2201 C Street N.W. Washington DC 20520

Marie Tomasso, EEOC Philadelphia District Office, 21 South Fifth Street, Suite 400, Philadelphia, PA 19106

Manuel M Ellenbogen
Pro Se plaintiff
546 White Oak Road
**Blue Bell, PA 19422-1547**
ellenbmp@cpmcast.net
215-646-4517