UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen,

        Plaintiff,                        Civil Action No. 1:05CV01553 (JDB)

v.

The Canadian Embassy,

        Defendant.

PETITIONER'S MOTION TO REOPEN THE CASE

Pro Se Plaintiff, Manuel M. Ellenbogen, failed to properly serve the Defendant in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. §1608. Plaintiff was incorrect in assuming that this Court would consider the commercial activities exception first and the requirement of service second.

Plaintiff respectfully requests that this Court approve the reopening of the case so that proper service can be made. If this Court is in agreement, a copy of the Complaint and Summons that was originally filed in this case will be served on:

Federal Central Authority:
Director, Legal Advisory Division
Department of External Affairs
125 Sussex Drive
Ottawa, Ontario
Canada K1A 0G2
(613) 995-0119

AND

Honorable Pierre Pettigrew
Minister of Foreign Affairs
125 Sussex Drive, Tower A, 10th Floor
Ottawa, Ontario K1A 0G2
CANADA

According to this Court's Memorandum Opinion, Plaintiff believes that under the Hague Convention service will deemed proper if made to the Federal Central Authority (U.S.C. §1608(b)) but in the event that this is incorrect, Plaintiff will also serve the Minister of Foreign Affairs as referred to in U.S.C. §1608(c).

Respectfully yours,

Manuel M. Ellenbogen
Pro Se Plaintiff

CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen Pro Se Plaintiff hereby certify that on Saturday, November, 19, 2005 I will cause a copy of the Petitioner's Motion to Reopen The Case" to be served via first class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N.W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517