UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517

        Plaintiff                                  Civil Action No. 05-01553 (JDB)

        V.

The Canadian Embassy
501 Pennsylvania Avenue N. W.
Washington DC 20001

        Defendant

ORDER

It is appearing to Court from the Motion to Reopen the Case and the Court Record that

The Plaintiff's case shall be reopened in order to allow Plaintiff to properly serve the

Defendant.

                                                             John D. Bates
                                                             United States District Judge