IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01553 (JDB) |
| ) | |
| THE CANADIAN EMBASSY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR RECONSIDERATION**

On November 21, 2005, Plaintiff filed a "Motion to Reopen the Case." Despite its caption, Plaintiff's Motion can only properly be brought as a motion for reconsideration pursuant to Federal Rule of Civil Procedure 60.[1] Defendant Canada opposes Plaintiff's request for reconsideration. The Court properly held that Plaintiff failed to properly effectuate service of process pursuant to section 1608(a) of the Foreign Sovereign Immunities Act[2] and dismissed the case without prejudice. Accordingly, no further action is warranted by the Court in this matter.

Respectfully submitted,
/s/
Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000
(202) 344-8300 (facsimile)
Counsel for Canada

---

[1] Because Plaintiff's Motion was not filed within 10 days after the entry of judgment, it cannot properly be considered a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e).

[2] Indeed, Plaintiff now admits that he "failed to properly serve the Defendant in accordance with Foreign Sovereign Immunities Act. See Pl.'s Mot. at 1.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2005, I caused a copy of the foregoing Opposition to Plaintiff's Motion for Reconsideration to be served via first-class mail, postage prepaid, upon the following:

>Manuel M. Ellenbogen
>546 White Oak Road
>Blue Bell, PA 19422

_____
Lesley A. Pate