UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


Manuel M. Ellenbogen,   )

        Plaintiff,

v.

The Canadian Embassy,

        Defendant

Civil Action No. 1:05CV01553 (JDB)

**RECEIVED**

DEC 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


### PETITIONER'S MOTION TO REJECT DEFENDANT'S OPPOSITION TO REOPEN THE CASE

Petitioner was informed by the Court via the U.S. Mail System of its decision to dismiss the case (November 9, 2005). As a Pro Se Plaintiff, Petitioner does not have the privilege of being notified via electronic mail. The Court's documents were received by the Plaintiff some five to six days after November 9, 2005.

Plaintiff made a motion to the Court by U.S. Certified Mail on November 18, 2005 (see exhibit A) about three to four days after the receipt in the mail of the Court's decision to close the case. This was in plenty of time even if we are to assume the Defendant's claim that there are only ten days during which to respond and to request that the case be reopen. Rule 59(c) of the Federal Rules of Civil Procedure state that the "opposing party has 10 days after service to

file opposing affidavits, but that period may be extended for up to 20 days, either by the court for good cause or by the parties' written stipulation." Plaintiff met his burden under Rule 59(c).

Defendant's motion is groundless and without merit, Defendant knows that a Pro Se plaintiff does not have access to electronic notice and that mailing through the U.S regular mail service takes a few more days when compared with the electronic mail delivery.

Defendant's second groundless reason for requesting the rejection of Plaintiff's motion to reopen the case uses the excuse that the Plaintiff after being informed by the Court that he "failed to proper serve the defendant" accepts the Court's decision and requests the opportunity to follow the Court's ruling and properly serve the Defendant.

In all due respect to all the parties in this case it appears to the Plaintiff that the Defendant is trying to avoid facing the main reason for the complaint in this case, the age discrimination issue and unlawful termination of employment, by first claiming that there was no proper service. When the Plaintiff wants to make a proper service the Defendant opposes it.

Plaintiff has submitted to the Court that in an almost identical case (Holden v Canadian Consulate General-San Francisco) in which the Ninth Circuit Court of Appeals denies the diplomatic immunity clause under the provisions of the FSIA. The Defendant continues to ignore these facts.

Respectfully yours,

*[signature]*

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517

EXHIBIT "A"

```
***** WELCOME TO *****
       BLUE BELL POST OFC
       651 TOWNSHIP LINE RD
      BLUE BELL, PA 19422-9998
           11/16/05 02:02PM

Transaction Number
USPS #                         410744-5


 1. First Class service               2.9
    Destination:     20001
    Weight:          0 lb. 1.90 oz.
    Total Cost:      2.90
    Base Rate:        .60
    Tracking #:
    7106 8435 2590 0400 0345
           SERVICES
    Certified Mail          2.30

Subtotal                              2.90
Total Charged                         2.90

Discover                              2.90

          <23-902370204-99>
Discover              <1602870618>
ACCT. NUMBER       EXP       AUTH
XXXX XXXX XXXX 8666  08/08   016116
TRANS # 352

To check on the delivery status of
your Express Mail, Certified Mail, or
Delivery Confirmation article, visit
our Track & Confirm site at
www.usps.com, use this Automated
Postal Center (or any Automated Postal
Center at other Postal locations), or
call us at 1-800-222-1811.


              Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen hereby certify that on Monday, December 12th, 2005 I will cause a copy of the Petitioner's response to the Defendant's Opposition to Plaintiff's Motion to Reopen the Case be served via first-class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N. W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Carol Light, Attorney Adviser 4DL U.S. Department of State, 2201 C Street N.W. Rm. 5420 Washington DC 20520

Marie Tomasso, EEOC Philadelphia District Office, 21 South Fifth Street, Suite 400, Philadelphia, PA 19106

Manuel M Ellenbogen
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@cpmcast.net
215-646-4517