UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN

v.                                                          Case No.: 1: 05-1553 (JDB)

THE CANADIAN EMBASSY

AFFIDAVIT OF SERVICE

I Antoinette T. Ellenbogen hereby declare that on the 13th of January, 2006, I shipped 2(two) sets of documents containing :

USM94
Summons
Complaint
Notice of Suit (including FSIA)
A check in the amount of Cad$50.00

The mailing was addressed to The Federal Central Authority
Director, Legal Advisory Division
Department of External Affairs
125 Sussex Drive
Ottawa, Ontario
Canada, K1A 0G2

The shipment was sent via Federal Express. Copy of the International Air Waybill No. 8362 4860 7894 (enclosed). Also enclosed is a copy of the FedEx Notification of Service Delivery.

Two sets of the documents as they were shipped are also enclosed with this mailing.

A. T. Ellenbogen
546 White Oak Rd.
**Blue Bell, PA 19422-1547**
ellenbmp@comcast.net
215-646-4517

**Address**

City: BLUE BELL   State/Province: PA
Country: U.S.A.   ZIP/Postal Code: 19422

**2 To**
Recipient Name: FEDERAL CENTRAL   Phone: 613-995-0119
Company: AUTHORITY/LEGAL ADVISORY DIVISION
DIRECTOR, DEPARTMENT of EXTERNAL AFFAIRS
Address: 125 SUSSEX DRIVE
City: OTTAWA   State/Province: ONTARIO
Country: CANADA   ZIP/Postal Code: K1A 0G2

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

**7b Payment** Bill duties and taxes to:
☒ Sender   ☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference:** ORIGINAL

**9 Required Signature**
Sender's Signature: [signed]   Date Executed: 1/13/06

FedEx Tracking Number: 8362 4860 7894

**3 Shipment Information**
Total Packages: 1   Total Weight: 1 lbs
Commodity Description: DOCUMENTS
Country of Manufacture: USA
Value for Customs: 1.00
Total Declared Value for Carriage: 1.00

464   040

United States Home                                    Information Center | Custom



| | | | | Search |
|---|---|---|---|---|
| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services | |
| Ship | Track | Manage My Account | International Tools | |

## Track Shipments
### Detailed Results

(Printable Version)   (Quick Help)

| | | | |
|---|---|---|---|
| **Tracking number** | 836248607894 | **Destination** | OTTAWA, ON |
| **Signed for by** | M.BENETTE | **Delivered to** | Shipping/Receiving |
| **Ship date** | Jan 13, 2006 | **Service type** | Priority Pak |
| **Delivery date** | Jan 16, 2006 11:00 AM | **Weight** | 0.7 lbs. |
| **Status** | Delivered | | |

Wrong Address? Reduce future mistak FedEx Address Chec

Shipping Freight? FedEx has LTL, air fr surface and air exper multi piece package and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 16, 2006 | 11:00 AM | Delivered | OTTAWA, ON | |
| | 9:37 AM | Int'l shipment release | OTTAWA, ON | |
| | 8:20 AM | On FedEx vehicle for delivery | OTTAWA, ON | |
| | 6:40 AM | At local FedEx facility | OTTAWA, ON | |
| Jan 14, 2006 | 10:29 AM | Int'l shipment release | OTTAWA, ON | |
| | 8:32 AM | At dest sort facility | OTTAWA, ON | |
| | 2:06 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:08 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jan 13, 2006 | 6:37 PM | Left origin | PLYMOUTH MEETING, PA | |
| | 11:34 AM | Picked up | PLYMOUTH MEETING, PA | |

Need to track a FedEx SmartPost shipment?

| Signature proof | Email results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** [        ]    **Your Email Address:** [        ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

## manuel's e-mail

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, January 16, 2006 12:43 PM
**To:** ellenbmp@comcast.net
**Subject:** FedEx Shipment 836248607894 Delivered

---

This tracking update has been requested by:

Name:   'not provided by requestor'

E-mail: 'not provided by requestor'

Message:  Contact name: mr bogen

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 836248607894 |
| Ship (P/U) date: | Jan 13, 2006 |
| Delivery date: | Jan 16, 2006 11:00 AM |
| Sign for by: | M.BENETTE |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 0.7 LB |

Shipper Information
A ELLEN BOGEN
SELF
546 WHITE OAK RD
BLUE BELL
PA
US
19422

Recipient Information
FEDERAL CENTRAL
DIRECTOR LEGAL ADVISOR DIVISIO
DEPARTMENT OF EXTERNAL AFFAIRS
125 SUSSEX DRIVE
OTTAWA
ON
CA
K1A0G2

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:08 AM  CST on 01/16/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/fedexiv/us/findit/nrp.jsp?tracknumbers=836248607894
&language=en&opco=FX&clienttype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Manuel M. Ellenbogen<br>546 White Oak Road<br>Blue Bell, PA 19422-1547 U.S.A.<br>215-646-4517 | The Federal Central Authority<br>Director, Legal Advisory Division<br>Department of External Affairs<br>125 Sussex Drive<br>Ottawa, Ontario<br>CANADA K1A 0G2 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
    *(identité et adresse)*

The Honorable Minister of Foreign Affairs Canada, 125 Sussex Drive, Tower A, 10th Floor
Ottawa, Ontario, Canada K1A 0G2

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents                     Done at Blue Bell, PA  19422 , the 01/12/2006
*Enumération des pièces*              *Fait à* _____ , *le* _____

Summons
Complaint                             Signature and/or stamp
Notice of Suit                        *Signature et/ou cachet*
Copy of the Foreign Service Immunities Act

*Delete if inappropriate                                                    Form USM-94
Rayer les mentions inutiles.                                                Est. 11/77

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
- the (date) -- *le (date)* _____
- at (place, street, number) - *à (localité, rue, numéro)*
_____

- in one of the following methods authorized by article 5:
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pièces renvoyées*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at _____, the _____
*Fait à* _____, *le* _____

Signature and/or stamp
*Signature et/ou cachet*

_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

The U.S. District Court for the District of Columbia

**Particulars of the parties:**
*Identité des parties:*

Manuel M Ellenbogen Complainant   The Canadian Embassy Defendant

### JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Initiation off Civil Suit  v  The Canadian Embassy

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

CIVIL SUIT AGAINST THE CANADIAN EMBASSY FOR EMPLOYMENT DISCRIMINATION / WRONGFULL DISCHARGE

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

REPLY TO COMPLAINT MUST BE FILED 60 DAYS AFTER RECEIPT, EXCLUSIVE OF THE DAY OF SERVICE.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

N/A

**Date of judgment**:**
*Date de la décision:*

N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

60 DAYS

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*

# UNITED STATES DISTRICT COURT

United States District Court for the     District of     Columbia

Manuel M Ellenbogen (Pro Se)
546 White Oak Road, Blue Bell, PA19422-1547

**SUMMONS IN A CIVIL AC**

V.
The Canadian Embassy

CASE NUMBER:    1:05-cv-1553 (JDB)

TO: (Name and address of Defendant)

Canadian Embassy
501 Pennsylvania Avenue N.W.
Washington DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name

Manuel M Ellenbogen (Pro Se)
546 White Oak Road
Blue Bell, PA 19422-1547

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 d
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must
Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**     1/9/2006

CLERK      *[signature: Laura M Chipley]*      DATE
(By) DEPUTY CLERK