IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:05CV01553 (JDB) |
| THE CANADIAN EMBASSY, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT OF SERVICE AND TO DISMISS FOR FAILURE TO EFFECT SERVICE OF PROCESS WITHIN THE PRESCRIBED TIME LIMIT

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Defendant Canada[1] hereby moves to strike Plaintiff's Affidavit of Service and to dismiss this action for failure to effect service of process within the limitations period. In support of this Motion, Defendant respectfully refers the Court to the attached Memorandum in Support.

Respectfully submitted,
/s/
Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada

---

[1] Defendant is incorrectly named in the case caption as "The Canadian Embassy." Although Defendant previously advised Plaintiff that the proper party-defendant to this matter is the foreign state of Canada, Plaintiff has failed to correct this defect in his pleadings.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2006, I caused a copy of the foregoing Motion to Strike Plaintiff's Affidavit of Service and to Dismiss for Failure to Effect Service Within the Prescribed Time Limit to be served via first-class mail, postage prepaid, upon the following:

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422

*/s/ Lesley A. Pate*
Lesley A. Pate