IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:05CV01553 (JDB)
)
THE CANADIAN EMBASSY, )
)
    Defendant. )
_____)

## ORDER

Upon consideration of Defendant's Motion to Strike Plaintiff's Affidavit of Service and to Dismiss For Failure to Effect Service Within the Prescribed Time Limit, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2006, hereby ORDERED that:

1. Defendant's Motion to Strike Plaintiff's Affidavit of Service is GRANTED;

2. The Clerk is DIRECTED to strike Plaintiff's Affidavit of Service; and

3. This action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

                                                                                 _____
                                                                                The Honorable John D. Bates
                                                                                United States District Judge