UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen, )

        Plaintiff,                  Civil Action No. 1:05CV01553 (JDB)

v.

The Canadian Embassy,

        Defendant

## MOTION TO REJECT DEFENDANT'S REQUEST TO STRIKE PLAINTIFF'S AFFIDAVIT OF SERVICE AND TO DISMISS FOR FAILURE TO EFFECT SERVICE OF PROCESS WITHIN THE PRESCRIBED TIME LIMIT

I.    FACTS

The Plaintiff, Manuel M. Ellenbogen, delivered to the Canadian Federal Central Authority two sets of documents including a USM Form 94 complaint, summons, notice of suit and a copy of the FSIA. A check in the amount of Canadian $50.00 was also included with the mailing to the Canadian Central Authority. The delivery was made by Federal Express with a receipt signature on January 16, 2006.

Copies of the shipping documents were submitted to the Court once they were made available to the Plaintiff. The Court also received two sets of the documents as submitted to the Canadian Federal Central Authority.

RECEIVED
MAR 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

As of today, March 3, 2006, the Plaintiff has received no reply from the Canadian Federal Central Authority and consequently Plaintiff is unable to provide additional proof of service as requested by the Defendant.

II.   ARGUMENT

Granting the Defendant's Motion to Dismiss the case based on Plaintiff's inability to provide proof of service due to the Defendant's failure to respond to Plaintiff's submission would be tantamount to rewarding the Defendant's lack of response with a decision to default the judicial process.

While Defendant is correct in stating that the Court stated that it "would not countenance additional delays in service of process or repeated attempts to cure future deficiencies that may arise from Plaintiff's misunderstandings of the law;" Defendant's claim of failure of service is not due to Plaintiff's "misunderstanding" of the law but rather to Defendant's own failure to respond and follow the law. Plaintiff asks that the Court not allow such behavior to be used by the Defendant's as a shield under which to escape punishment for their wrongdoings.

III. <u>CONCLUSION</u>

The Plaintiff, Manuel M. Ellenbogen, respectfully requests that the Court consider the necessity and circumstances surrounding Plaintiff's Affidavit of Service and find that it satisfies this Court's Order and the requirements of the FSIA or in the alternative grant an extension of time for the Canadian Federal Central Authority to reply. Plaintiff further requests that the Court reject Defendant's Motion to Dismiss.

Respectfully yours,

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517

CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen Pro Se Plaintiff hereby certify that on Monday, March 6th 2006 I will cause a copy of the Petitioner's Motion to "Reject Defendant's Request to Strike Plaintiff's Affidavit of Service and to Dismiss for Failure to Effect Service of Process Within the Prescribed Time Limit" ,via first class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N.W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517