IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CANADIAN EMBASSY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:05CV01553 (JDB) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Canada[1] hereby moves the Court for the entry of an Order extending the date by which Defendants must file an Answer or otherwise respond to Plaintiff's Complaint from March 17, 2006 until the later of: (1) 14 days after the Court rules on Defendant's Motion to Strike Plaintiff's Affidavit of Service and to Dismiss for Failure to Effect Service of Process Within The Prescribed Time Limit; or (2) 60 days from service of process actually being affected upon Defendant.

Defendant requests this extension to prevent any unnecessary filings while its Motion to Strike Plaintiff's Affidavit of Service and to Dismiss for Failure to Effect Service of Process Within The Prescribed Time Limit is pending before the Court. Defendant's counsel has conferred with Plaintiff about this matter, and Plaintiff objects to the requested extension. Accordingly, Defendant respectfully requests that this Court

---

[1] Defendant is incorrectly named in the case caption as "The Canadian Embassy." Although Defendant previously advised Plaintiff that the proper party-defendant to this matter is the foreign state of Canada, Plaintiff has failed to correct this defect in his pleadings.

-2-

grant its Motion and extend Defendant's deadline consistent with the proposed order submitted herewith.

Respectfully submitted,

/s/
Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada