IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01553 (JDB) |
| ) | |
| THE CANADIAN EMBASSY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this \_\_\_\_ day of March, 2006 hereby **ORDERED** that the Motion is **GRANTED** and that Defendant's deadline for deadline for filing a response to Plaintiff's Complaint is extended to the later of: (1) 14 days after the Court rules on Defendant's Motion to Strike Plaintiff's Affidavit of Service and to Dismiss for Failure to Effect Service of Process Within The Prescribed Time Limit; or (2) 60 days from service of process actually being effected upon Defendant.

_____
The Honorable John D. Bates
United States District Judge