UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen, )

        Plaintiff,

v.

The Canadian Embassy/Canada,

        Defendant

Civil Action No. 1:05CV01553 JDB

## MOTION FOR SUMMARY JUDGMENT FOR MANUEL M. ELLENBOGEN

Pursuant to Fed.R.Civ.P. 56, Manuel M. Ellenbogen hereby moves for summary judgment on all counts of the Complaint. As grounds for this motion, Plaintiff states that Defendant has failed to respond to Plaintiff's service of process. 28 USC 1608(d) provides that a foreign state (Canada) has 60 days from the date service is effected in which to file an answer or other responsive pleading. The Complaint, Notice of Suit and all other appropriate documents were delivered to the Central Authority by Federal Express with a receipt signature on January 16, 2006. The Canadian Central Authority failed to return an executed copy of the USM94. The Central Authority was also mailed a reminder requesting information as to the status of the Complaint. Defendant had until March 17, 2006 to respond to Plaintiff's Complaint.

RECEIVED

MAR 20 2006

NANC... ...UN, CLERK
U.S. DISTRICT COURT

Defendant asks for an extension of time to respond to Plaintiff's Complaint in a motion dated March 15, 2006 even though Defendant has had more than ample opportunity to respond. Defendant has a two and a half year history of avoiding justice in different jurisdictions After all, Defendant had the time to file a Motion to Strike Plaintiff's Affidavit (albeit an incorrect motion) but not to reply to Plaintiff's properly served Complaint. There have been enough delays in this case. Plaintiff has cooperated by properly serving the Defendant and Defendant had 60 days in which to respond and it failed to do so despite having an army of lawyers at its disposal.

WHEREFORE, Manuel M. Ellenbogen respectfully requests that this Court grant its motion pursuant to Fed.R.Civ.P. 56 and enter summary judgment for the Plaintiff on all counts.

Respectfully yours,

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen, )

       Plaintiff,                              Civil Action No. 1:05CV01553(JDB)

v.

The Canadian Embassy/Canada,

       Defendant

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion for Summary Judgment filed by Plaintiff, Manuel M. Ellenbogen, it is ORDERED THAT:

1. Plaintiffs' Motion is GRANTED; and

2. Judgment is ENTERED for Plaintiff.

                                            BY THE COURT:

                                            _____
                                            The Honorable John D. Bates
                                            United States District Judge

CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen Pro Se Plaintiff hereby certify that on Monday, March 20th, 2006 I will cause a copy of the Petitioner's Motion For Summary Judgment For Manuel M. Ellenbogen to be delivered, via first class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N.W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517