UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen, )

        Plaintiff,

v.

The Canadian Embassy/Canada,

        Defendant

Civil Action No. 1:05CV01553 JDB

## MOTION FOR EXTENSION OF TIME TO SERVE

Plaintiff, Manuel M. Ellenbogen, requests additional time to attempt service pursuant to 28 U.S.C. §1608 (a) (3). Plaintiff has attempted service under 28 U.S.C. §1608 (a) (2). Pursuant to 28 U.S.C. §1608 (a)(2), Plaintiff delivered to the Federal Central Authority-Canada two copies of the USM94, a Complaint (with a copy of the FSIA), Summons, Notice of Suit, and a check in the amount of Cad$50.00. The delivery was made through Federal Express with receipt signature on file with the Court.

Furthermore, on March 13, 2006 the Plaintiff mailed an additional letter to the Federal Central Authority -Canada requesting information surrounding the status of the documents received by the Central Authority on January 16, 2006.

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Federal Central Authority-Canada has repeatedly ignored the submissions made and no reply has been received by the Plaintiff.

As such, Plaintiff respectfully requests that the Court allow Plaintiff additional time to file service under 28 U.S.C. §1608 (a) (3).

WHEREFORE, Manuel M. Ellenbogen respectfully requests that this Court grant its motion to extend the time to make an additional attempt to serve.

Respectfully yours,

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517