UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen, )

        Plaintiff,                    Civil Action No. 1:05CV01553 (JDB)

v.

The Canadian Embassy,

        Defendant

### LETTER TO THE CANADIAN CENTRAL AUTHORITY REQUESTING A REPLY TO THE REQUEST FOR SERVICE

The enclosed is a copy of the letter mailed to the Canadian Central Authority through the US Postal Service on March 13th, 2006

This letter is a follow up to the initial mailing requesting service under the Hague Convention. The documents shipped via Federal Express on January 13th, 2006 were received by the Canadian Central Authority on January 16th, 2006.

Respectfully Submitted

_____
Manuel M. Ellenbogen, Pro Se
546 White Oak Road
Blue Bell, PA 19422-1547
ellenbmp@comcast.net
215-646-4517

RECEIVED
MAR 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422-1547
U.S.A.
March 13, 2006

Federal Central Authority
Director Legal Advisory Division
Department of External Affairs
125 Sussex Drive
Ottawa, Ontario
CANADA K1A 0G2

Gentlemen,
Some two month ago, on January 16, 2006 we had delivered through the FedEx a package of documents containing two sets of the following:
USM94
Summons
Complaint
Notice of Suit including copies of the FSIA
A check in the amount of Cad $50.00

As signatories of the Hague Convention you were supposed to send us an executed copy of the USM94.

As of today, March 13, 2006 no reply was received.

Would you please let us know the status of these documents delivered to the Federal Central Authority. A copy of the delivery information certifying the receipt signed by M. Benette with your Department is enclosed for your information.

Thank you in anticipation for your attention to this request.

Sincerely yours,

Manuel M. Ellenbogen
ellenbmp@comcast.net
215-646-4517

FedEx Express  U.S. Mail: PO Box 727  Telephone 901-369-3600
Customer Support  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



January 16, 2006

mr bogen
(215) 646-4517

Dear mr bogen:

Our records reflect the following delivery information for the shipment with the tracking number 836248607894. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   M.BENETTE

  Delivered to:    125 SUSSEX

  Delivery Date:   January 16, 2006

  Delivery Time:   11:00 AM

           Shipping Information:

Tracking No:  836248607894             Ship Date:  January 13, 2006

  Shipper:    A ELLEN BOGEN            Recipient:  FEDERAL CENTRAL
              SELF                                 DIRECTOR LEGAL ADVISOR
              546 WHITE OAK RD                     DIVISIO
              BLUE BELL, PA 19422                  DEPARTMENT OF EXTERNAL
              US                                   AFFIRS
                                                   125 SUSSEX DRIVE
                                                   OTTAWA, ON K1A0
                                                   CA

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2006011600262204711

This Information is provided subject to the FedEx Service Guide.



FedEx Express

Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

01/28/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **836248607894**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jan 16, 2006 11:00 |
| **Signed for by:** | M.BENETTE | | |
| **Service type:** | Priority Pak | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 836248607894 | **Ship date:** | Jan 13, 2006 |
| | | **Weight:** | 0.7 lbs. |
| **Recipient:** | | **Shipper:** | |
| OTTAWA, ON CA | | BLUE BELL, PA US | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen Pro Se Plaintiff hereby certify that on Monday, March 13th, 2006 I will cause a copy of the Petitioner's letter to the Canadian Central Authority to be delivered, via first class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N.W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517