## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV01553 (JDB) |
| THE CANADIAN EMBASSY, | ) |
| Defendant. | ) |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S
## MOTION FOR EXTENSION OF TIME TO SERVE

On March 21, 2006, Plaintiff filed a Motion for an Extension of Time To Serve.
In his Motion, Plaintiff requests additional time to attempt service of process. Canada[1]
opposes Plaintiff's Motion on the ground that Plaintiff has already been afforded ample
time to effect and file proof of service of process. Plaintiff filed his Complaint on August
2, 2005 and, therefore, has thus far had 241 days – more than twice the 120-day service
period established by Federal Rule of Civil Procedure 4(m) – to show that service of
process has been effected.

Recognizing that the 120 day period to effect service of process under Rule 4(m)
expired on December 2, 2005, the Court ordered Plaintiff to "file *proof* of service of
process" no later than January 20, 2006. 12/20/05 Order at 3 (emphasis added). In its
Order, the Court admonished Plaintiff that it "would not countenance additional delays in
service of process or repeated attempts to cure future deficiencies that may arise from

---

[1] Defendant is incorrectly named in the case caption as "The Canadian Embassy."
Although Defendant previously advised Plaintiff that the proper party-defendant to this
matter is the foreign state of Canada, Plaintiff has failed to correct this defect in his
pleadings.

plaintiff's misunderstandings of the law." Id. Despite the Court's warning, Plaintiff waited 29 days – a mere two days before the Court's deadline – before mailing the USM94 form ("Request for Service Abroad of Judicial or Extrajudicial Documents") to request service of process under the Hague Convention.

For these reasons, Canada respectfully requests that the Court deny Plaintiff's request for additional time to effect service.

Respectfully submitted,

_/s/_____

Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2006, I caused a copy of the

foregoing Opposition to Plaintiff's Motion for Extension of Time to Serve to be served

via first-class mail, postage prepaid, upon the following:

> Manuel M. Ellenbogen
> 546 White Oak Road
> Blue Bell, PA 19422

Lesley A. Pate

::ODMA\PCDOCS\DC2DOCS1\737236\1