U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517

       Complainant,                  Case Number: 1:05-cv-1553(JDB)

       v.

The Canadian Embassy
501 Pennsylvania Avenue N.W.
Washington, D.C. 20001

       Defendant

MEMORANDUM IN REFERENCE TO PLAINTIFF'S AFFIDAVIT OF SERVICE TO THE FEDERAL CENTRAL AUTHORITY (CANADA)

Today, March 31, 2006, Manuel M. Ellenbogen the *Pro Se* Plaintiff in the above referenced Civil Case received a telephone call from a representative from the Federal Central Authority informing him that the documents sent on January 13th and received on January 16th, 2006 are being returned to the Plaintiff after two months because the Canadian Federal Central Authority accepts complaints only from attorneys or courts. As a *Pro Se* plaintiff, Manuel M. Ellenbogen filed the complaint with the Canadian Federal Central Authority on his own. Following Plaintiff's earlier motion for an extension of time to serve (22), Plaintiff respectfully requests the approval of an extension period

RECEIVED
APR 03 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

necessary to have this Honorable Court serve the complaint together with the appropriate documents.

Respectfully yours,

Manuel M. Ellenbogen
Pro Se Plaintiff
546 White Oak Road
Blue Bell, PA 19422-1547
215-646-4517
ellenbmp@comcast.net

## CERTIFICATE OF SERVICE

I, Manuel M. Ellenbogen Pro Se Plaintiff hereby certify that on Monday, April 3rd, 2006 I will cause a copy of the Petitioner's Memorandum In Reference To Plaintiff's Affidavit Of Service To The Federal Central Authority (Canada) to be delivered, via first class mail, postage prepaid, upon the following:

The Canadian Embassy, 501 Pennsylvania Avenue N.W. Washington DC 20001

Robert Ames, Lesley Pate, Venable LLP 575 7th Street, N.W. Washington DC 20004-1601

Manuel M. Ellenbogen, Pro Se
546 White Oak Road
Blue Bell, PA 19422
ellenbmp@comcast.net
215-646-4517