Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
(215) 646-4517
ellenbmp@comcast.net

April 7, 2006

Nancy Mayer-Whittington
Clerk of Court
United States District Court
For the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

<u>**Re: Aid to *Pro Se* Plaintiff to Serve Canada/Canadian Embassy under 28 U.S.C. §1608(a)(2)**</u>

Dear Ms. Mayer-Whittington,

    In connection with *Manuel M. Ellenbogen v. The Canadian Embassy/Canada*, Civil Action 1:05CV01553 (JDB), 28 U.S.C. §1608(a)(2) and Article 3 of the Hague Convention, I am requesting that all necessary steps be taken to effect service upon Canada/The Canadian Embassy.

    I am a *Pro Se* plaintiff and have attempted to serve the defendant in this matter, Canada/The Canadian Embassy under 28 U.S.C. §1608(a)(2), however, I was informed (after almost three month) that the Central Authority in Canada in accordance with Article 3 of the Hague Convention only accepts service from "the authority or judicial officer" (see attached copy). As such I have enclosed all the necessary documents and ask that you serve them on my behalf.

    If you have any questions please do not hesitate to contact me at (215) 646-4517. Thank you for your assistance with this matter.

Sincerely,

Manuel M. Ellenbogen