| Registered No. RB843354 10US | | Date Stamp |
|---|---|---|
| Reg. Fee $ | Special Delivery $ | BLUE BELL P. APR 11 2006 USPS |
| Handling Charge $ | Return Receipt $ | |
| Postage $ | Restricted Delivery $ | |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

**To Be Completed By Post Office**
**To Be Completed By Customer (Please Print) Must Be in Ballpoint or Typed**

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

Ministry of the Attorney General Ontario
Court of Justice, POBox 1208
Haileybury, ON P0J 1K0 CANADA

PS Form **3806**, February 1995   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*