**VENABLE** LLP

575 7th Street, NW
Washington, DC 20004-1601

Telephone 202-344-4000
Facsimile 202-344-8300

www.venable.com

(202) 344-8033                                    lapate@venable.com

May 24, 2006

Nancy Mayer-Whittington
Clerk of Court
Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:  Manuel Ellenbogen v. The Canadian Embassy
            Civil Action No. 1:05-cv-1553 (JDB)

Dear Ms. Mayer-Whittington:

      I am writing to inform the Court that service was effected upon Canada through the Attorney General of Canada on May 17, 2006. A copy of the certification of service is enclosed.

      Pursuant to 28 U.S.C. § 1608(d), foreign states are permitted 60 days in which to answer or otherwise respond to a civil action filed in the United States courts. Canada's deadline for answering or otherwise responding to Plaintiff's Complaint is, therefore, July 17, 2006. Canada respectfully requests that the docket be corrected to reflect the appropriate deadline for Canada to file its answer or responsive pleading.

      Canada will answer or otherwise respond to Plaintiff's Complaint no later than July 17, 2006. Thank you for your attention in this matter.

            Regards,

            Lesley A. Pate

cc:    The Honorable John D. Bates
       Manuel Ellenbogen

WASHINGTON, DC   MARYLAND   VIRGINIA