| | | |
|---|---|---|
| **Department of Justice** Canada | **Ministère de la Justice** Canada | Security classification — Côte de sécurité |
| Room 1101 234 Wellington Street – East Tower Ottawa ON  K1A 0H8 | | File number — Numéro de dossier |
| | | Date: May 17, 2006 |
| MEMORANDUM / NOTE DE SERVICE | | Telephone / FAX — Téléphone / Télécopieur (613) 957-4869 / (613) 954-1920 |

DFAIT Legal Services Unit
Service juridique du MAECI
Received / Reçu
MAY 1 8 2006
4500-29
Department of Justice
Ministère de la Justice

### BY COURIER

**TO / DEST:** Winston Fogarty, General Counsel
Legal Services, Foreign Affairs Canada

**FROM / ORIG:** Brian R. Evernden
Civil Litigation Section

**SUBJECT / OBJET:** **Request for Service Abroad of Judicial or Extrajudicial Documents - Manuel M. Ellenbogen, 546 White Oak Road, Blue Bell, PA 19422-1547**
**United States District Court, District of Columbia**
**Case Number:  1:05-cv-1553 (JDB)**

Comments/Remarques

Attached are the following documents with respect to the above noted Request that was served on our office today, May 17, 2006: Summons; Complaint; Notice of Suit; and, Copy of the *Foreign Service Immunities Act of 1976*.

Please have counsel from your office assigned to the respond to this matter. Thank you.

B.R.E.

BRE/md
Attachment(s)



JUS 107A (91/10) 7530-21-036-5336

10.35^2

**SERVICE OF A TRUE COPY HERE OF**
**SIGNIFICATION DE COPIE COMFORME**

Admitted the _____ 17 day
Acceptée le jour

of _____ May 20 06
de

[signature]

for      John H. Sims, Q.C.
pour   Deputy Attorney General of Canada
         Sous-procureur général du Canada