| | | |
|---|---|---|
| **Ministry of the**<br>**Attorney General**<br><br>Ontario Court<br>of Justice<br><br>P.O. Box 1208<br>393 Main Street<br>Haileybury ON  P0J 1K0<br>Tel:  (705) 672-3395<br>Fax: (705) 672-3360 | **Ministère du**<br>**Procureur général**<br><br>Cour de justice<br>de l'Ontario<br><br>C.P. 1208<br>393, rue Main<br>Haileybury ON  P0J 1K0<br>Tél. :   (705) 672-3395<br>Téléc. : (705) 672-3360 | <br>Ontario |

June 12, 2006

The Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W. Rm. 1225
Washington, DC  20001
USA

Dear Sir or Madam:

Re:   Service of documents on   **THE HONORABLE MINISTER OF FOREIGN AFFAIRS CANADA**
      Request under the Hague Convention of Service
      Abroad of Judicial and Extrajudicial Documents

Further to your request, I have now received the Sheriff's report advising that service was effected upon the above noted.

I enclose the completed Certificate which sets out the details of service, together with one of the sets of documents provided (duplicates of those served) annexed thereto.

Since payment has been received, we are now closing this file.

Yours very truly,

Lise Renaud
Customer Service Representative
Central Authority for Service of Documents in
Ontario under the Hague Convention

OCJ001

**RECEIVED**

JUN 19 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**
**United States Marshals Service**

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| The Clerk's Office<br>U.S. District Court for the District of Columbia<br>333 Constitution Ave., N.W. Rm. 1225<br>Washington, DC 20001<br>202-354-3000 | Ministry of the Attorney General<br>Ontario Court of Justice<br>393 Main Street, P. O. Box 1208<br>HAILEYBURY, ON P0J 1K0 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
    *(identité et adresse)*

The Honorable Minister of Foreign Affairs Canada, 125 Sussex Drive, Tower A, 10th Floor
Ottawa, Ontario Canada K1A 0G2

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| SUMMONS   USM 94 | Done at USDC-DC , the 4/10/06<br>*Fait à* , *le* |
| COMPLAINT | Signature and/or stamp<br>*Signature et/ou cachet* |
| NOTICE OF SUIT | |
| COPY OF THE FOREIGN SERVICE IMMUNITY A( | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   -- the (date) -- *le (date)* ___MAY 17 2006___
   -- at (place, street, number) - *à (localité, rue, numéro)* ___284 WELLINGTON ST - OTTAWA___

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5, alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
   b) *selon la forme particulière suivante:* _____

☒ ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
   ~~c) *par remise simple.*~~

___COMMONWEALTH OF CANADA 10351___

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
___FERN LANDRY___

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
___DESIGNATE IN CHARGE OF ACCEPTING GOVERNMENT DOCUMENTS___

**[Stamp:]** SERVICE OF A TRUE COPY HEREOF / SIGNIFICATION DE COPIE CONFORME
Admitted the / Acceptée le ___17___ day / jour of / de ___May 2006___
for / pour [signature]
John H. Sims, Q.C.
Deputy Attorney General of Canada
*Sous-procureur général du Canada*

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées* ___AS PER REQUEST___

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

___TERRY KILREA___ [signature]

Done at / *Fait à* ___OTTAWA___, the / le ___18 MAY___

Signature and/or stamp
*Signature et/ou cachet*
[signature: Barry _____]

**[Stamp:]** Sworn before me the City of Ottawa, this ___18th___ MAY 2006
JUSTICE OF THE PEACE

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

The U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W. Washington DC 20001

**Particulars of the parties:**
*Identité des parties:*

Manuel M. Ellenbogen Complainant, Canada/The Canadian Embassy Washington Dc Defendant

**JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Initiation off Civil Suit v Canada/The Canadian Embassy

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil suit against Canada/The Canadian Embassy for Employment Discrimination/Wrongful Discharge

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Reply to the complaint must be filed ___ days after receipt, exclusive of the day of service

**Court which has given judgment**:
*Juridiction qui a rendu la décision:*

N/A

**Date of judgment**:
*Date de la décision:*

N/A

**Time limits stated in the document**:
*Indication des délais figurant dans l'acte:*

60 days

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Manuel M. Ellenbogen
546 White Oak Road,
Blue Bell, PA 19422-1547

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:05-cv-1553 (JDB)

TO: (Name and address of Defendant)

Canada/The Canadian Embassy
Ministry of Foreign Affairs
125 Sussex Drive,
Ottawa, ON CANADA  K1A 0G2

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Manuel M. Ellenbogen (Pro Se)
546 White Oak Road
Blue Bell, PA 19422-1547 USA
215-646-4517

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     APR 1 0 2006

CLERK _[signature]_                            DATE