UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN,          )
                                )
        Plaintiff,              )
                                )
v.                              )   Civil Action No. 1:05CV01553 (JDB)
                                )
THE CANADIAN EMBASSY,           )
                                )
        Defendant.              )
_____)

## LOCAL RULE 16.3(d) JOINT REPORT

Pursuant to Rule 16.3(d) of the Local Rules of this Court, the parties hereby submit their Joint Report regarding all agreements reached in the parties' Rule 26(f) conference and request that the Court adopt it as its Scheduling Order in this matter.

On August 15, 2006, Plaintiff Manuel M. Ellenbogen conferred with counsel for Canada[1] pursuant to Local Rule 16.3. In accordance with Rule 16.3, the parties agreed:

1.   The case should be assigned to the Standard Track. Defendant anticipates that it will file a dispositive motion at the conclusion of discovery.

2.   The deadline for motions to join additional parties shall be October 6, 2006.

3.   Plaintiff would consent to proceeding before a magistrate judge. Defendant submits that this case should not be assigned to a magistrate judge.

4.   The parties will explore whether settlement is a possibility in the near future.

5.   The parties do not believe that the Court's alternative dispute resolution procedures would be beneficial at this time. The parties, however, will participate in mediation if ordered to do so by the Court.

---

[1] Defendant submits that it is incorrectly named in the case caption as "The Canadian Embassy."

6. The deadline for filing motions for summary judgment should be thirty days after the close of discovery. Oppositions and Replies to Oppositions to said motions should be filed within the time prescribed by Local Rule 7. The parties propose that a hearing on any said motion be held within thirty days after the motion has been fully briefed and that the Court issue a decision on the motion within thirty days after the hearing.

7. The parties will file and serve the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than September 28, 2006.

8. Each party shall be limited to 25 interrogatories and 25 requests for production of documents and each side shall be limited to 10 depositions. The parties agree that each party shall be allowed to take one deposition without leave of Court that will last longer than the seven hour limitation imposed by Local Rule 26.2(c). The parties request that the Court order that discovery in this case be completed no later than April 19, 2007.

9. Plaintiff shall serve the expert disclosures required by Rule 26(a)(2) by October 25, 2006. Defendant shall serve the expert disclosures required by Rule 26(a)(2) by November 24, 2006.

10. The class action provisions of Local Rule 16.3 are inapplicable.

11. The parties reserve the right to address issues of bifurcation and other specialized scheduling as the matter proceeds.

12. The pre-trial conference should be scheduled for approximately 30 days after the Court rules on the parties' dispositive motions.

13. The Court should set a trial date at the pre-trial conference.

        Respectfully submitted,

        __/s/_____
        Manuel M. Ellenbogen
        546 White Oak Road
        Blue Bell, PA 19422
        (215) 646-4517

        Plaintiff (*pro se*)


        Robert G. Ames, D.C. Bar No. 234393
        Lesley A. Pate, D.C. Bar No. 485139
        Venable LLP
        575 7th Street, N.W.
        Washington, D.C. 20004
        (202) 344-4000
        (202) 344-8300 (facsimile)

        Counsel for Canada

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2006, I caused a copy of the foregoing Local Rule 16.3(d) Joint Report to be served via overnight delivery upon:

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422

_____
Lesley A. Pate