UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL ELLENBOGEN,<br><br>    Plaintiff,<br><br>        v.<br><br>THE CANADIAN EMBASSY,<br><br>    Defendant. | Civil Action No. 05-1553 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court on September 7, 2006, and the Joint Rule 16.3 Report, it is hereby ORDERED as follows:

1. Additional parties, if any, shall be joined by not later than October 6, 2006.

2. Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be served by not later than September 28, 2006.

2. Plaintiff's Rule 26(a)(2) expert disclosures, if any, shall be served by not later than October 25, 2006. Defendant's expert disclosures, if any, shall be served by not later than November 24, 2006.

4. Each side shall be limited to twenty-five (25) interrogatories, twenty-five (25) requests for production of documents, and ten (10) depositions. Each party shall be allowed to take one deposition that will exceed the seven hour limitation imposed by Local Rule 26.2(c) without leave of Court

5. All discovery shall be completed by not later than April 19, 2007.

6.      Dispositive motions shall be filed by not later than May 21, 2007.  Oppositions shall be filed by not later than June 20, 2007.  Replies shall be filed by not later than July 11, 2007.

7.      A status hearing is scheduled for April 20, 2007, at 9:00 a.m. in Courtroom 8.

8.      As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.


                                                /s/
                                    JOHN D. BATES
                               United States District Judge

Date:  September 7, 2006