UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN,      )
                           )
         Plaintiff,        )
                           )
v.                         )    Civil Action No. 1:05CV01553 (JDB)
                           )
THE CANADIAN EMBASSY,      )
                           )
         Defendant.        )
_____)

### CANADA'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Canada[1] submits its Initial Disclosures.

I.   **Preliminary Statement**

This disclosure statement includes responsive information currently available to Canada. At this stage in the proceedings, it is impossible to ensure that these disclosures identify all individuals and categories of documents that are likely to be relevant to disputed facts plead with particularity in the pleadings, that the disclosed individuals actually have relevant knowledge concerning the case, or that the disclosed categories of documents actually contain relevant information concerning the case. Canada is continuing to investigate Plaintiff's claims and the factual circumstances underlying this lawsuit. If necessary, Canada will supplement its Initial Disclosures in accordance with Rule 26(e).

Canada expressly reserves all objections to the use and admissibility of any of the categories of documents identified in these Initial Disclosures. Moreover, Canada

---

[1] Defendant is incorrectly named in the case caption as "The Canadian Embassy."

reserves any objections it may have to the production of these categories of documents under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, or any privileges or protections that may be available under federal or state statutory or common law.

I.      **Rule 26(a)(1)(A) Disclosures:**

In compliance with Rule 26(a)(1)(A), Canada identifies below the individuals who are likely to have discoverable information supporting Canada's defenses:

| Name | Topic(s) |
|---|---|
| Jill Morrell<br>Head of Human Resources and Employee Services<br>Canadian Embassy<br>501 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20001 | • Employment policies and practices applicable to locally-engaged staff<br>• Plaintiff's employment history |
| Leslie Reissner<br>Counselor (Commercial)<br>Canadian Embassy<br>501 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20001 | • Organizational structure<br>• Plaintiff's job duties and responsibilities<br>• Plaintiff's job performance<br>• Communications and interactions between Reissner and Plaintiff<br>• BIO2003 trade show |
| Lynda Watson<br>Director, United States Commercial Relations<br>WAU, US Commercial Relations Division<br>Room A6-205<br>Department of Foreign Affairs and International Trade<br>125 Sussex Drive<br>Ottawa, Ontario K1N 0G7<br>Canada | • Organizational structure<br>• Plaintiff's job duties and responsibilities<br>• Plaintiff's job performance<br>• Communications and interactions between Watson and Plaintiff<br>• BIO2003 trade show<br>• Elimination of one Business Development Officer Position and reverse order of merit process |

*Each of these individuals is a current managerial employee of Canada and may only be contacted through counsel for Canada.

**II.     Rule 26(a)(1)(B) Disclosures:**

In compliance with Rule 26(a)(1)(B), Canada states that the following categories of documents in its possession, custody or control relate to disputed facts alleged with particularity in the pleadings:

1. Plaintiff's personnel file
2. Documents reflecting Canada's locally-engaged staff and fair employment policies
3. Documents relating to the Reverse Order of Merit process

All of these documents are in the possession, custody or control of Canada and may be obtained through counsel for Canada.

**III.    Rule 26(a)(1)C) Disclosures:**

Canada has not yet made a claim for damages against Plaintiff in this action. Accordingly, Canada is not required to respond to Rule 26(a)(1)(C).

**IV.    Rule 26(a)(1)(D) Disclosures:**

Canada does not have any documents in its possession, custody or control responsive to Rule 26(a)(1)(D).

Respectfully submitted,

/s/
Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2006, I caused a copy of the foregoing Initial Disclosures Pursuant to Rule 26(a)(1) to be served via first-class mail, postage prepaid, upon:

>Manuel M. Ellenbogen
>546 White Oak Road
>Blue Bell, PA 19422

*Lesley A. Pate*
Lesley A. Pate