IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CANADIAN EMBASSY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:05CV01553 (JDB) |

**JOINT MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**

Plaintiff Manuel M. Ellenbogen and Defendant Canada hereby jointly move the Court for the entry of an Order extending the discovery deadlines for expert disclosures required by Federal Rule of Civil Procedure 26(a)(2). In support of this Motion, the parties submit that they need additional time in order to determine whether expert witnesses are needed. The parties respectfully request that the Court extend the deadline for Plaintiff to serve the expert disclosures required by Rule 26(a)(2) until January 31, 2007 and the deadline for Defendant to serve the expert disclosures required by Rule 26(a)(2) until February 28, 2007.

Respectfully submitted,

/s/
Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
(215) 646-4517

Plaintiff (*pro se*)

Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004

(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, I caused a copy of the foregoing Joint Motion for Extension of Expert Disclosure Deadlines to be served via first-class mail, postage prepaid, upon the following:

>Manuel M. Ellenbogen
>546 White Oak Road
>Blue Bell, PA 19422

_____
Lesley A. Pate

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN,        )
                             )
            Plaintiff,       )
                             )
v.                           )   Civil Action No. 1:05CV01553 (JDB)
                             )
THE CANADIAN EMBASSY,        )
                             )
            Defendant.       )
_____)

### ORDER

Upon consideration of the Joint Motion for Extension of Expert Disclosure Deadlines, it is this ____ day of _____, 2006 hereby **ORDERED** that the deadline for Plaintiff to serve the expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) is extended to January 31, 2007 and the deadline for Defendant to serve the expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) is extended to February 28, 2007.

                                              _____
                                              The Honorable John D. Bates
                                              United States District Judge