UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN,          )<br>                                                     )<br>            Plaintiff,                    )<br>                                                     )<br>v.                                                  )     No. 1:05CV01553 (JDB)<br>                                                     )<br>CANADA,                                    )<br>                                                     )<br>            Defendant.                 )<br>_____)  | |

**DEFENDANT'S NOTICE OF FILING OF DISCOVERY DOCUMENTS**

In accordance with the Court's Order entered on January 24, 2007, Defendant Canada hereby submits the attached documents for consideration with regard to discovery disputes between the parties.

Respectfully submitted,

_/s/ Lesley A. Pate_
Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-40000
(202) 344-8300 (facsimile)

Counsel for Canada

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2007, I caused a copy of the foregoing Defendant's Notice of Filing of Discovery Documents to be served electronically and via overnight delivery on:

>Manuel M. Ellenbogen
>546 White Oak Road
>Blue Bell, PA 19422

*Lesley a Pate*

Lesley A. Pate