UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL ELLENBOGEN,

     Plaintiff,

        v.

THE CANADIAN EMBASSY,

     Defendant.

Civil Action No.  05-1553 (JDB)

**ORDER**

Pursuant to the discovery teleconference with the Court on February 1, 2007, it is hereby

ORDERED that plaintiff shall supplement his responses to defendant's First Set of

Interrogatories and First Request for Production of Documents, as determined by the Court at the

teleconference; and it is further

ORDERED that plaintiff's supplemental responses shall be served on counsel for

defendant by not later than March 12, 2007.  The method of service must be reasonably calculated

to ensure receipt of the documents by defense counsel by not later than 5:00 p.m. on that date.

SO ORDERED.

                                   /s/
                            JOHN D. BATES
                    United States District Judge

Date:   February 1, 2007