Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
March 10, 2007

The Clerk's Office
U.S. District Court For The District Of Columbia
333 Constitution Avenue N.W. R. 1225
Washington DC 20001

Re: Civil Action No. 1:05CV01553 (JDB)
Document Number 41 Order for supplemental information to be provided by the Plaintiff.

Dear Mme Clerk of the Court,

This is to confirm that the Plaintiff Manuel M. Ellenbogen is in compliance with the above referenced order.

The Plaintiff had the supplemental information sent by Fax to the offices of the counsel for the Defendant on March 10, 2007. An additional copy of the faxed documents was sent express prepaid mail via the US Postal Service on March 10, 2007

Please accept my thanks in anticipation of noticing the above mentioned information

Sincerely yours,

Manuel M. Ellenbogen
Pro Se Plaintiff
eilenbmp@comcast.net
215-646-4517

RECEIVED
MAR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT