UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANADA, )<br>)<br>Defendant. )<br>_____ ) | No. 1:05CV01553 (JDB) |

## JOINT MOTION REQUESTING MEDIATION

The parties hereby jointly request mediation with a magistrate judge.

Respectfully submitted,

/s/
Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
(215) 646-4517

Plaintiff (*pro se*)

Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Canada