UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL ELLENBOGEN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CANADIAN EMBASSY,<br><br>    Defendant. | Civil Action No. 05-1553 (JDB) |

## ORDER

Pursuant to the joint motion requesting mediation, it is hereby

ORDERED that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

                                                                            /s/
                                                      JOHN D. BATES
                                      United States District Judge

Date: March 15, 2007