UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL M. ELLENBOGEN,       )
                            )
    Plaintiff,               )
                            )
    v.                      )
                             Civil Action No. 1:05CV01553(JDB/AK)
                            )
THE CANADIAN EMBASSY,       )
                            )
    Defendant.              )
_____)

## PLAINTIFF INTENTENDS TO COMPLY WITH THE MEDIATION HEARING AS ORDERED BY THE HONORABLE MAGISTRATE JUDGE

The Pro-Se Plaintiff Manuel M. Ellenbogen confirms his intention to be present on April 19, 2007 at 2.30 pm in room 2333 to attend and participate in the mediation process.

Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422
215-646-4517