UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL ELLENBOGEN,          )<br>                              )<br>       Plaintiff,            )<br>  vs.                        )<br>                              )<br>THE CANADIAN EMBASSY,        )<br>                              )<br>       Defendant.            )<br>                              ) | **Civil Action No.** 05-1553 (JDB/AK) |

**NOTICE OF APPEARANCE**

I, Jessie James, Jr., of the Law Office of Jessie James, Jr, pursuant to the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, dated April 20, 2007, do hereby enter my appearance as counsel of record for the Plaintiff, Manuel Ellenbogen, in the above captioned case for the limited purpose of mediation.

/s/
Jessie James, Jr.
Law Office of Jessie James, Jr.
P.O. Box 10459
Burke, Virginia 22009-0459
703-764-1603
(703) 764-1633 (Facsimile)
D.C. Bar Number 361790
Jessie-Gang@msn.com.
Counsel for Plaintiff

**Certificate of Service**

I hereby certify that on this 7th day of June 2007, I mailed by first class mail, postage-pre-paid and by Email, a true and correct copy of the above caption **NOTICE OF APPEARANCE** to Robert G. Ames, Esquire, rgames@venable.com, and Lesley A. Pate, Esquire, lapate@venable.com, at Venable LLP, 575 7th Street, NW, Washington, D.C. 20004, counsels for the Defendant, THE CANADIAN EMBASSY.

/s/
Jessie James, Jr.