UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL M. ELLENBOGEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANADA, )<br>)<br>Defendant. )<br>_____) | No. 1:05CV01553 (JDB) |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that the Complaint in the above-captioned case be dismissed with prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: August _____, 2007

_____
The Honorable John D. Bates
United States District Judge

_____
Manuel M. Ellenbogen
546 White Oak Road
Blue Bell, PA 19422

*Pro se* Plaintiff

_____
Robert G. Ames
Lesley A. Pate
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Defendant Canada